B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Utah

In re  **Dee Allen Randall**  
Debtor(s)

Case No. **10-37546**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **American Express**<br>PO Box 650448<br>Dallas, TX 75265 | **American Express**<br>PO Box 650448<br>Dallas, TX 75265 | **Business Credit Card** | | 39,275.79 |
| **ASC**<br>PO Box 10328<br>Des Moines, IA 50306 | **ASC**<br>PO Box 10328<br>Des Moines, IA 50306 | **Rental Unit 190 Millcreek** | | 213,000.00<br><br>(145,000.00 secured) |
| **Bank of America**<br>PO Box 851001<br>Dallas, TX 75285 | **Bank of America**<br>PO Box 851001<br>Dallas, TX 75285 | **Credit Card for Business** | | 29,903.00 |
| **C.L.I. Enterprises**<br>Jeffery Fillmore<br>10 East South Temple #900<br>Salt Lake City, UT 84110 | **C.L.I. Enterprises**<br>Jeffery Fillmore<br>10 East South Temple #900<br>Salt Lake City, UT 84110 | **Remainder of Lease** | | 138,667.00 |
| **Provident Funding**<br>PO Box 5914<br>Santa Rosa, CA 95402 | **Provident Funding**<br>PO Box 5914<br>Santa Rosa, CA 95402 | **Rental Unit #191 Millcreek** | | 216,459.00<br><br>(145,000.00 secured) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Dee Allen Randall** _____ Case No. **10-37546** _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Dee Allen Randall**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 20, 2010** _____    Signature  **/s/ Dee Allen Randall** _____
**Dee Allen Randall**
Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.