B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Utah

| In re | Dee Allen Randall | | Case No. | 10-37546 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | American Express<br>PO Box 650448<br>Dallas, TX 75265 | Business Credit Card | | 39,275.79 |
| ASC<br>PO Box 10328<br>Des Moines, IA 50306 | ASC<br>PO Box 10328<br>Des Moines, IA 50306 | 1 Rental Unit<br>370 Buena Vista Blvd<br>Washington, UT 84780 | | 213,000.00<br>(145,000.00 secured) |
| Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | NOTICE ONLY | Contingent<br>Unliquidated | Unknown |
| Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | NOTICE ONLY | Contingent<br>Unliquidated | Unknown |
| Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850 | CreditCard | | 29,903.00 |
| Bonneville Collections<br>1186 E 4600 S Ste 100<br>Ogden, UT 84403 | Bonneville Collections<br>1186 E 4600 S Ste 100<br>Ogden, UT 84403 | Unknown | Contingent<br>Unliquidated<br>Disputed | Unknown |
| C.L.I. Enterprises<br>Jeffery Fillmore<br>10 East South Temple #900<br>Salt Lake City, UT 84110 | C.L.I. Enterprises<br>Jeffery Fillmore<br>10 East South Temple #900<br>Salt Lake City, UT 84110 | Lease | Contingent<br>Unliquidated | Unknown |
| FDIC/UServe<br>Midland Loan Services<br>PO Box 25965<br>Overland Park, KS 66225 | FDIC/UServe<br>Midland Loan Services<br>PO Box 25965<br>Overland Park, KS 66225 | 14 Unit Rental<br>370 Buena Vista Blvd<br>Washington City UT 84780 | | 1,890,000.00<br>(1,820,000.00 secured) |
| Home Comings Financial<br>Attention: Bankruptcy Dept<br>1100 Virginia Drive<br>Fort Washington, PA 19034 | Home Comings Financial<br>Attention: Bankruptcy Dept<br>1100 Virginia Drive<br>Fort Washington, PA 19034 | | Contingent<br>Unliquidated<br>Disputed | Unknown |
| HSBC Mortgage Services<br>PO Box 60139<br>City of Industry, CA 91716 | HSBC Mortgage Services<br>PO Box 60139<br>City of Industry, CA 91716 | Money Loaned | | 85,701.00 |

Case 10-37546    Doc 17    Filed 01/21/11    Entered 01/21/11 18:18:47    Desc Main
Document      Page 2 of 2

B4 (Official Form 4) (12/07) - Cont.

In re  **Dee Allen Randall**                                                            Case No.  **10-37546**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Outsource Recovery<br>180 300 W Ste 210<br>Salt Lake City, UT 84101 | Outsource Recovery<br>180 300 W Ste 210<br>Salt Lake City, UT 84101 | NOTICE ONLY | Contingent<br>Unliquidated | Unknown |
| Provident Funding<br>PO Box 5914<br>Santa Rosa, CA 95402 | Provident Funding<br>PO Box 5914<br>Santa Rosa, CA 95402 | Rental Unit<br>Washington City<br>370 Buena Vista Blvd. #191<br>Washington, UT 84780 | | 216,459.00<br><br>(145,000.00 secured) |
| Small Business Administration<br>5333 South Adams Avenue Ste B<br>Ogden, UT 84405 | Small Business Administration<br>5333 South Adams Avenue Ste B<br>Ogden, UT 84405 | Sandy Office<br>9890 South 300 West<br>Sandy UT 84070 | | 2,000,000.00<br>(5,100,000.00 secured)<br>(4,800,000.00 senior lien) |
| Wyrhsr Mtg<br>3815 South West Temple<br>Salt Lake City, UT 84115 | Wyrhsr Mtg<br>3815 South West Temple<br>Salt Lake City, UT 84115 | | Contingent<br>Unliquidated<br>Disputed | Unknown |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Dee Allen Randall**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 21, 2011**                         Signature  _/s/ Dee Allen Randall_
                                                                              Dee Allen Randall
                                                                              Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.