Michael R. Johnson, Esq. (A7070)
Douglas M. Monson, Esq. (A2293)
David H. Leigh, Esq. (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: dmonson@rqn.com
Email: dleigh@rqn.com

*Counsel for Gil A. Miller, Chapter 11 Trustee of the Consolidated Estate*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>DEE ALLEN RANDALL, et al.,<br><br>Debtors. | **Bankruptcy Case No. 10-37546**<br><br>(Substantively Consolidated with Case Nos. 11-34826, 11-34830, 11-34831, 11-34833 and 11-34834)<br><br>Chapter 11<br><br>Honorable Joel T. Marker<br><br>(Filed via ECF) |

**STIPULATION BETWEEN THE TRUSTEE AND AMERICAN PENSION SERVICES INC. RESOLVING ISSUES CONCERNING DUPLICATE PROOFS OF CLAIM AND SERVICE UPON AMERICAN PENSION SERVICES INC.'S CLIENTS OF THE SOLICITATION PACKAGES AND PLAN BALLOTS FOR THE TRUSTEE'S LIQUIDATING PLAN OF REORGANIZATION**

Gil A. Miller (the "**Trustee**"), the Chapter 11 Trustee of the substantively consolidated

Chapter 11 estate of Dee Allen Randall, Horizon Auto Funding, LLC, Independent Commercial

Lending, LLC, Horizon Financial Center I, LLC, Horizon Mortgage and Investment Inc., and Horizon Financial & Insurance Group Inc. (collectively, the "**Debtors**"), through counsel, and American Pension Services Inc. ("**APS**") hereby stipulate and agree as follows:

## FACTUAL BACKGROUND

1. Dee Allen Randall ("**Randall**"), a Chapter 11 debtor before the Bankruptcy Court, commenced Chapter 11 Case No. 10-37546 (the "**Randall Case**") on or about December 20, 2010 (the "**Randall Petition Date**") by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") with the Bankruptcy Court.

2. Between the Randall Petition Date and September 29, 2011, Randall continued to operate as a debtor-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

3. As of September 29, 2011, Randall owned and was the president or manager, as the case may be, of each of Horizon Auto Funding, LLC, Independent Commercial Lending, LLC, Horizon Financial Center I, LLC, Horizon Mortgage and Investment Inc. and Horizon Financial & Insurance Group Inc. (hereinafter, the "**Corporate Debtors**").

4. On or about September 29, 2011, an Order was entered by the Bankruptcy Court approving the appointment of the Trustee in the Randall Case. [Docket 247]

5. Upon his appointment, the Trustee stepped into Randall's shoes and became the owner, in his capacity as Chapter 11 trustee, of each of the Corporate Debtors.

6. On October 12, 2011 (the "**Corporate Debtors Petition Date**"), the Trustee, in his capacity as Chapter 11 Trustee in the Randall Case, caused a voluntary petition for relief under Chapter 11 of the Bankruptcy Code to be filed for each of the Corporate Debtors (the "**Corporate Debtor Cases**").

2

7.   On January 27, 2012, the Bankruptcy Court entered its Order substantively consolidating the separate bankruptcy estates of each of the Debtors, with the Corporate Debtor Cases being consolidated with and into the Randall Case (the "**Consolidated Estate**"), but effective only as of the date of the consolidation Order.

8.   By virtue of the Bankruptcy Court's Order of substantive consolidation, the Trustee is now the Chapter 11 Trustee of the Consolidated Estate of all of the Debtors.

9.   Prior to the Randall Petition Date, certain Investors identified in Exhibits A, B and C to this Stipulation (the "**IRA Investors**") invested funds from their IRA accounts for which they are the named beneficiaries with one or more of the Debtors in anticipation and based upon representations from the Debtors of receiving certain promissory notes or other instruments (the "**Notes**"). In some cases, the IRA Investors also invested funds from their personal accounts (and not from their IRA accounts) and received additional Notes for their personal investments.

10.   The Trustee asserts that the Debtors were engaged in a Ponzi scheme, and that in a Ponzi scheme the investors, including the IRA Investors, are only entitled to a return of unpaid principal or, in other words, are only entitled to receive a claim for the difference between the total amount of their investment and any prior payments made on the investment, however denominated or accounted for.

11.   Most of the IRA Investors who did not receive back the full unpaid principal on their Notes have filed proofs of claim in their individual names against the Consolidated Estate (the "**IRA Investor Proofs of Claims**").

12. APS is the Administrator for the IRA accounts of the IRA Investors. In its capacity as the Administrator for the IRA accounts, APS has also filed a number of proofs of claim on behalf of the IRA Investors for the investments made from the IRA accounts for the IRA Investors (the "**APS Proofs of Claim**"), which has resulted in a large number of duplicate proofs of claim that have been filed against the Consolidated Estate. APS did not file any proofs of claim for any personal investments made by any of the IRA Investors.

13. The Trustee filed his proposed Chapter 11 Trustee's Liquidating Plan of Reorganization Dated April 3, 2013 (the "**Plan**") on April 3, 2013 [Docket 1070]. The Trustee filed his Disclosure Statement for Chapter 11 Trustee's Liquidating Plan of Reorganization Dated April 3, 2013 (the "**Disclosure Statement**") on July 2, 2013 [Docket 1174]. The Trustee anticipates that he will shortly be receiving Court approval for the adequacy of the Disclosure Statement and Court authorization to circulate the Plan and Disclosure Statement and related materials (the "**Solicitation Package**") and the Plan ballots (the "**Plan Ballots**") to the IRA Investors and other creditors for Plan voting purposes.

14. Exhibit A to this Stipulation is a list of duplicate claims filed against the Consolidated Estate where the amount claimed in both the APS Proof of Claim and the IRA Investor Proof of Claim is identical. The Trustee and APS agree that each APS Proof of Claim listed on Exhibit A (which represents the investment made from an IRA Investor's IRA account) will be considered a duplicate claim against the Consolidated Estate that APS agrees will be disallowed as a duplicate claim, with the corresponding IRA Investor Proof of Claim to be deemed to be the effective claim against the Consolidated Estate for such IRA Investor's investment from his or her IRA account.

4

15. The Trustee and APS further agree that for the claims listed on Exhibit A (unless the Trustee has previously filed an objection to the claims of any IRA Investor listed on Exhibit A, or the Bankruptcy Court has entered an Order disallowing any such claims), the Trustee will list on the applicable Plan Ballot the amount stated in the corresponding IRA Investor Proof of Claim as the amount of such IRA Investor's claim against the Consolidated Estate for Plan voting purposes. The Trustee will reserve the right to object to the amount of such IRA Investor's claim after confirmation of the Plan if the Trustee believes that the amount listed in the Plan Ballot is overstated or if the Trustee has any other objection to such IRA Investor's claim.

16. Exhibit B to this Stipulation is a list of duplicate claims filed against the Consolidated Estate where the amount claimed in the APS Proof of Claim and the amount claimed in the IRA Investor Proof of Claim are not the same.

17. The Trustee and APS agree that for the claims listed on Exhibit B (unless the Trustee has previously filed an objection to the claims of any IRA Investor listed on Exhibit B, or the Bankruptcy Court has entered an Order disallowing any such claims), the Trustee will list on the applicable Plan Ballot the higher amount stated in either the IRA Investor Proof of Claim or the corresponding APS Proof of Claim as the amount of such IRA Investor's claim for Plan voting purposes, and the two claims (to the extent that both claims include a claim for the investment made from such IRA Investor's IRA account) will be considered to be "merged" into one claim for the higher amount, with the APS Proof of Claim (which represents the investment from the IRA account of the corresponding IRA Investor) to be deemed to be amended by or an amendment to the corresponding IRA Investor Proof of Claim (which in most instances includes a claim for the investments made by such IRA Investor from his or her personal funds as well as

a claim for the investment from the IRA account of such IRA Investor). The Trustee will reserve the right to object to the amount of such IRA Investor's claim after confirmation of the Plan if the Trustee believes that the higher amount that is listed on the Plan Ballot is overstated or if the Trustee has any other objection to such IRA Investor's claim. If the Trustee determines, based upon information from the IRA Investor, that the two claims are not duplicates (i.e., the IRA Investor Proof of Claim only includes the personal investments of the IRA Investor, and the corresponding APS Proof of Claim only includes the investments from the IRA account of the IRA Investor, so that there is no overlap), then the two proofs of claims will not be considered to be "merged" into one claim for the higher amount, but instead will be treated separately by the Trustee, with the Trustee still reserving the right to object to the amount of either proof of claim.

18.     Exhibit C to this Stipulation is a list of APS Proofs of Claim for which there is no corresponding duplicate proof of claim filed by the applicable IRA Investor. APS will provide to the Trustee the addresses for the Exhibit C IRA Investors. The Trustee and APS agree that for the claims listed on Exhibit C (unless the Trustee has previously filed an objection to the claims of any IRA Investor listed on Exhibit C, or the Bankruptcy Court has entered an Order disallowing any such claims), the Trustee will list on the applicable Plan Ballot the amount stated in the corresponding APS Proof of Claim as the amount of such IRA Investor's claim for Plan voting purposes. The Trustee will reserve the right to object to the amount of such IRA Investor's claim after confirmation of the Plan if the Trustee believes that the amount that is listed on the Plan Ballot is overstated or if the Trustee has any other objection to such IRA Investor's claim.

19.     The Trustee and APS stipulate and agree that the Solicitation Packages and the Plan Ballots will be mailed by the Trustee to the addresses for all of the IRA Investors listed on Exhibits A, B and C, and not to APS, even though APS filed the APS Proofs of Claim to protect the interests of the IRA Investors. With respect to the IRA Investors listed on Exhibits A, B, and C for which the Trustee has previously filed an objection to the claims of such IRA Investors, the Trustee will mail Solicitation Packages to the addresses for such IRA Investors, but will not send them a Plan Ballot.

20.     The Trustee and APS further stipulate and agree that, in the absence of any contrary written instructions from an IRA Investor (such instructions must be received by the Trustee at least three days prior to the mailing of any distribution by the Trustee), any distributions that are payable under the confirmed Plan to any of the IRA Investors listed on Exhibits A, B or C (assuming the claims of such IRA Investors are determined to be allowed unsecured claims for distribution purposes, and only to the extent that the distributions are attributable to that portion of an IRA Investor's investments that were made from his or her IRA account) will be made by checks made payable jointly to the respective IRA Investor and APS as Administrator, and mailed to the address of the respective IRA Investor.

21.     One of the IRA Investors is Leland R. Thompson, who filed Proof of Claim No. 1070. APS also filed Proof of Claim No. 337-2 and Proof Claim No. 832 as the Administrator for the IRA account of Leland R. Thompson. The Bankruptcy Court entered its Order (the "**Thompson Settlement Order**") on August 15, 2013 [Docket No. 1255] approving a settlement between the Trustee and (among other parties) Leland R. Thompson and Phyllis N. Thompson (the "**Thompsons**"), pursuant to which the Trustee agreed that the Thompsons would have an

Allowed Unsecured Claim against the Consolidated Estate of $163,874.79. The Trustee and APS stipulate and agree as follows: (a) the Thompson Settlement Order supersedes the two APS Proofs of Claim filed by APS on behalf of Leland R. Thompson, and APS Proofs of Claim No. 337-2 and 832 will be deemed to be disallowed; (b) the Trustee will mail to the Thompsons (and not to APS) the Solicitation Package and the Plan Ballot for the Thompsons in the Allowed Unsecured Claim amount of $163,874.79; and (c) the Trustee will forward directly to the Thompsons (and not to APS) the settlement check from the Trustee made payable to the Thompsons as contemplated by the Settlement Agreement with the Thompsons.

22.    Exhibit D to this Stipulation is a list of IRA Investors with whom the Trustee has entered into settlements approved by the Bankruptcy Court whereby such IRA Investors have released and waived all claims against the Consolidated Estate. The Trustee and APS stipulate and agree that the APS Proofs of Claim that have been filed by APS on behalf of the IRA Investors listed on Exhibit D shall be deemed to be disallowed, consistent with the terms of the settlements between such IRA Investors and the Trustee.

DATED this 19th day of September, 2013.

RAY QUINNEY & NEBEKER P.C.

/s/ Douglas M. Monson
Michael R. Johnson
Douglas M. Monson
David H. Leigh
*Counsel for the Trustee*

8

AMERICAN PENSION SERVICES INC.

By: Dan Becker See APS
Its: Corporate Secretary
19 Sept 2013

1246457.02/dmm/rqn

In Re: Dee Allen Randall, et al.
Debtors

10-37546

US Bankruptcy Court for District of Utah

# Exhibit A

In re: Dee Allen Randall; Case # 10-37546
Duplicate APS Claims Where the Victim Claim Amount is Identical to the APS Claim Amount

| Victim Claim # | Victim Claim Amount | Creditor Name | APS Claim # | APS Claim Amount | Creditor Name | Creditor Address 1 |
|---|---|---|---|---|---|---|
| 598-3 | $97,573.91 | Gerald Allred | 598-1 | $97,573.91 | American Pension Services Inc | Administrator for Gerald J Allred #5676 |
| 496 | $22,462.99 | Kelly Richins | 619 | $22,462.99 | American Pension Services Inc. | Administrator for Kelly Richins #5660 |
| 441-2 | $19,611.23 | Tammy J. and Aaron Evans | 642 | $19,611.23 | American Pension Services Inc | Administrator for Tammy J Evans #3981 |
| 138-3 | $8,657.50 | Susan Richins | 649 | $8,657.50 | American Pension Services Inc | Administrator for Susan F Richins #3873 |
| 659-2 | $28,615.67 | Fred Childs | 659-1 | $28,615.67 | American Pension Services Inc | Administrator for Fred C Childs #5633 |
| 198-2 | $37,278.79 | Evelyn Harris | 709 | $37,278.79 | American Pension Services Inc | Administrator for Evelyn M Harris #11836 |
| 1077 | $77,401.19 | Randall Hyde | 716 | $77,401.19 | American Pension Services Inc | Administrator for Randall Hyde #5748 |
| 744-2 | $40,380.75 | Miriam Greenland | 744-1 | $40,380.75 | American Pension Services Inc | Administrator for Miriam Greenland #7399 |
| 751-2 | $31,871.42 | John Gilbert | 751-1 | $31,871.42 | American Pension Services Inc | Administrator for B John Gilbert #8476 |
| 293-2 | $31,571.54 | Valoy Stowe | 771 | $31,571.54 | American Pension Services Inc | Administrator for Valoy Stowe #11786 |
| 885-2 | $47,793.84 | Elaine Hansen | 772 | $47,793.84 | American Pension Services Inc | Administrator for Elaine B Hansen |
| 773-2 | $135,197.36 | Harold D. and Camille Howe | 773-1 | $135,197.36 | American Pension Services Inc | Administrator for Harold D Howe #4201 |
| 160-2 | $80,815.99 | Gary Crump | 774 | $80,815.99 | American Pension Services Inc | Administrator for Gary R Crump #4190 |
| 779-3 | $49,734.74 | Roger & Norene Vink | 779-1 | $49,734.74 | American Pension Services Inc | Administrator for Norene Spencer |
| 406-2 | $58,696.43 | Norma Dooley | 810 | $58,696.43 | American Pension Services Inc | Administrator for Norma Dooley #8652 |
| 355-2 | $21,203.91 | Donna R. Fullmer | 828 | $21,203.91 | American Pension Services Inc | Administrator for Donna R Fullmer |
| 831-2 | $18,624.38 | Carl & Karissa Stucki | 831-1 | $18,624.38 | American Pension Services Inc | Administrator for Carl Stucki |
| 1041-2 | $18,136.60 | Caroyln S. Stevens | 836 | $18,136.60 | American Pension Services Inc | Administrator for Carolyn S Stevens |
| 1078 | $59,225.97 | Norma Stokes | 838 | $59,225.97 | American Pension Services Inc | Administrator for Norma Stokes #6666 |
| 839-2 | $12,073.25 | Sherry Nimori | 839-1 | $12,073.25 | American Pension Services Inc | Administrator for Sherry Nimori #6632 |
| 850-2 | $277,296.17 | Patrick Dover | 850-1 | $277,296.17 | American Pension Services Inc | Administrator for Patrick A Dover #6539 |
| 867-2 | $3,456.43 | Karissa Stucki | 867-1 | $3,456.43 | American Pension Services Inc | Administrator for Karissa Stucki |
| 868-2 | $17,876.73 | Carla Jellings | 869 | $17,876.73 | American Pension Services Inc | Administrator for Carla Jellings |
| 870-2 | $2,933.88 | Robert & Jennifer Peck | 870-1 | $2,933.88 | American Pension Services Inc | Administrator for Robert B Peck |
| 391-2 | $5,998.03 | Burk Stevens | 872 | $5,998.03 | American Pension Services Inc | Administrator for Burkley M Stevens #5828 |
| 1080 | $6,151.84 | Margo L. Stratton | 892-2 | $6,151.84 | American Pension Services Inc | Administrator for Margo L Stratton #8039 |
| 1085 | $20,428.11 | Vanguard FBO Scot Weaver | 898 | $20,428.11 | American Pension Services Inc. | Admin for Scot D Weaver #11324 |
| 123 | $22,638.89 | Stephen & Shauna Eden | 916 | $22,638.88 | American Pension Services Inc. | Admin for Shauna Eden #11546 |
| 56-2 | $106,845.00 | Terry Saltas | 917 | $106,845.00 | American Pension Services Inc. | Admin for Terry P Saltas #11307 |
| 1081 | $55,276.67 | Dwight G Young | 930 | $55,276.67 | American Pension Services Inc | Administrator Dwight G Young #10883 |
| 938-2 | $25,365.31 | JoAnn Harris | 938-1 | $25,365.31 | American Pension Services Inc | Administrator for JoAnn R Harris #8381 |
| 551-2 | $15,138.91 | Karyn Culley | 953 | $15,138.91 | American Pension Services Inc. | Admin for Karyn J Culley #11169 |
| 47-2 | $32,489.52 | Lee Shepard Gardner | 965 | $32,489.52 | American Pension Services Inc | Adm. Lee Shepard Gardner #12150 |
| 992-2 | $171,041.77 | Brandi Day | 992-1 | $171,041.77 | American Pension Services Inc | Administrator for Brandi R Day #12539 |
| 995-2 | $80,242.55 | Gary Hone | 995-1 | $80,242.55 | American Pension Services Inc | Administrator for Gary M Hone #10108 |
| 50-2 | $504,627.53 | Alan Reese Hyer | 1001 | $504,627.53 | American Pension Services Inc | Administrator for Alan Reese Hyer #11408 |

Page 1

# Exhibit B

In re: Dee Allen Randall; Case # 10-37546
Duplicate APS Claims Where the Victim Claim Amount Differs from the APS Claim Amount

| Claim Amount for Plan Voting Purposes | Victim Claim # | Victim Claim Amount | Creditor Name | APS Claim # | APS Claim Amount | Creditor Name | Creditor Address 1 |
|---|---|---|---|---|---|---|---|
| $905,230.00 | 63-1 | $905,230.00 | Ronald G. and Marlene Carroll | 63-2 | $57,694.94 | American Pension Services, Inc. | Administrator for Marlene Carroll (#5929) |
| $25,365.31 | 938-2 | $25,365.31 | JoAnn Harris | 120-1 | $21,050.04 | American Pension Services/FUB | custodian for JoAnn R. Harris |
| $249,342.00 | 173-1 | $249,342.00 | Scott Longhurst | 173-2 | $169,952.00 | American Pension Services Inc | Adm. for Scott Longhurst #7269 |
| $20,381.78 | 137 | $12,409.85 | Elroy D. and Susan Zentner | 592 | $20,381.78 | American Pension Services Inc | Administrator for Elroy Zentner #3539 |
| $95,808.37 | 402-2 | $95,808.37 | Donald Anderson | 593 | $19,524.67 | American Pension Services Inc | Administrator for Donald Anderson # 3520 |
| $135,169.69 | 747 | $135,169.69 | Marilyn Enz | 594 | $120,136.20 | American Pension Services Inc | Administrator for Marilyn W Enz #5765 |
| $46,168.91 | 306 | $39,264.81 | James Eaquinto | 595 | $46,168.91 | American Pension Services Inc | Administrator for James A Eaquinto #5737 |
| $261,595.82 | 674-1 | $233,380.53 | Carol Bonar | 596 | $261,595.82 | American Pension Services Inc | Administrator for Carol Edwards Bonar #5 |
| $28,602.76 | 435 | $28,602.76 | Christian D. Jensen | 597-2 | $8,666.98 | American Pension Services Inc | Administrator for Ann G Jensen #5689 |
| $132,983.73 | 990 | $132,983.73 | Dr David R Warden Jr & Mary Lou Warden | 599 | $73,874.74 | American Pension Services Inc | Administrator for Mary Lou Warden #5629 |
| $176,099.04 | 289 | $176,099.04 | Brent Milne | 600 | $61,116.35 | American Pension Services Inc | Administrator for R Brent Milne #5976 |
| $606,035.59 | 463 | $517,857.18 | W. Reid Hansen | 603 | $606,035.59 | American Pension Services Inc | Administrator for Willis Reid Hansen #55 |
| $905,230.00 | 63-1 | $905,230.00 | Ronald G. and Marlene Carroll | 605 | $73,513.05 | American Pension Services Inc | Administrator for Ronald G Carroll #5928 |
| $67,899.29 | 413 | $55,873.10 | Royce B. Thompson | 613 | $67,899.29 | American Pension Services Inc | Administrator for Royce B Thompson |
| $214,127.93 | 390 | $214,127.93 | L. Dale & Bette Lynn Green | 615 | $55,855.52 | American Pension Services Inc | Administrator for L Dale Green #5704 |
| $19,691.24 | 437 | $15,640.76 | Robert James McDougal Jr. | 616 | $19,691.24 | American Pension Services Inc. | Administrator for Robert James McDougal |
| $214,127.93 | 390 | $214,127.93 | L. Dale & Bette Lynn Green | 617 | $94,616.91 | American Pension Services Inc | Administrator for L Dale Green #5708 |
| $13,098.16 | 1063 | $9,844.37 | Susan Heun | 618 | $13,098.16 | American Pension Services Inc | Administrator for Susan Heun #5823 |
| $132,983.73 | 990 | $132,983.73 | Dr David R Warden Jr & Mary Lou Warden | 620 | $77,342.83 | American Pension Services Inc | Administrator for David R Warden #5795 |
| $205,033.17 | 332 | $205,033.17 | American Pension Services Inc.; Tim A. Jensen | 621 | $190,212.99 | American Pension Services Inc | Administrator for Tim A Jensen #5649 |
| $5,811.18 | 436 | $5,325.74 | Christiana G. McDougal | 622 | $5,811.18 | American Pension Services Inc. | Administrator for Christiana G McDougal |
| $153,224.09 | 90 | $140,932.57 | Robert C. Winz | 624 | $153,224.09 | American Pension Services Inc. | Administrator for Robert C Winz #5595 |
| $344,663.48 | 132 | $344,663.48 | Reed and Dixe Conger | 630 | $92,638.10 | American Pension Services Inc | Administrator for Dixie B Conger #6848 |
| $214,127.93 | 390 | $214,127.93 | L. Dale & Bette Lynn Green | 639 | $22,271.88 | American Pension Services Inc | Administrator for Bette Lynn Green |
| $46,226.81 | 1027 | $38,904.45 | Joan S. Hutchinson | 645 | $46,226.81 | American Pension Services Inc | Administrator for Joan Hutchinson #3947 |
| $273,323.64 | 554 | $273,323.64 | David O. Steffen | 646 | $103,147.33 | American Pension Services Inc | Administrator for David O Steffen #3519 |
| $25,800.00 | 1006 | $25,800.00 | Fred Simonsen | 647 | $14,474.48 | American Pension Services Inc | Administrator for Fred E Simonsen #3916 |
| $19,278.07 | 1007 | $17,729.82 | Jeff Degen | 648 | $19,278.07 | American Pension Services Inc | Administrator for Jeffrey J Degen #3889 |
| $49,601.00 | 268 | $49,601.00 | Howard Jackman and Kristy Jackman | 650 | $11,362.74 | American Pension Services Inc | Administrator for Howard K Jackman #3872 |
| $100,000.00 | 408 | $100,000.00 | Judy Allen | 657 | $75,680.27 | American Pension Services Inc | Administrator for Judy K Allen #3519 |
| $36,392.45 | 611 | $36,392.45 | Tracie Anderson | 658 | $33,855.19 | American Pension Services Inc | Administrator for Tracie Anderson #3518 |
| $50,000.00 | 531 | $50,000.00 | Linda Christensen | 667 | $35,438.59 | American Pension Services Inc | Administrator for Linda Christensen #6983 |
| $8,391.25 | 590 | $7,137.67 | Brady Field | 670 | $8,391.25 | American Pension Services Inc | Administrator for Brady C Field #5519 |
| $8,804.87 | 1044 | $7,457.79 | Jude Anker | 672 | $8,804.87 | American Pension Services Inc | Administrator for Judy K Anker #5518 |
| $233,380.53 | 674-1 | $233,380.53 | Carol Bonar | 674-2 | $29,936.51 | American Pension Services Inc | Adm. for Carol Edwards Bonar #10085 |
| $18,446.96 | 228 | $14,394.62 | Gay L. Searle | 677 | $18,446.96 | American Pension Services Inc | Administrator for Gay L Searle #9496 |
| $27,942.50 | 229 | $27,942.50 | Scott O. Searle | 679 | $25,279.99 | American Pension Services Inc | Administrator for Scott O Searle #9497 |
| $72,552.00 | 503 | $72,552.00 | Robin & Susan Reynolds | 683 | $23,360.32 | American Pension Services Inc | Administrator for Robin R Reynolds #3492 |
| $27,295.57 | 583 | $26,329.26 | Kevin Drolinger | 684 | $27,295.57 | American Pension Services Inc | Administrator for Kevin Drolinger #9515 |
| $72,552.00 | 503 | $72,552.00 | Robin & Susan Reynolds | 685 | $12,086.58 | American Pension Services Inc | Administrator for Robin R Reynolds #5339 |
| $159,797.91 | 884 | $126,515.19 | Christopher McIntyre | 689 | $159,797.91 | American Pension Services Inc | Administrator for Christopher N McIntyre |
| $67,899.29 | 413 | $55,873.10 | Royce B. Thompson | 690 | $67,899.29 | American Pension Services Inc | Administrator for Royce B Thompson #5982 |
| $104,904.00 | 407 | $104,904.00 | Marlo Wilcox | 692 | $102,759.73 | American Pension Services Inc | Administrator for Marlo H Wilcox #5919 |
| $173,066.65 | 1008 | $160,000.00 | Katherine Laws | 696 | $173,066.65 | American Pension Services Inc | Administrator for Katherine N Laws #1193 |
| $227,410.39 | 472 | $227,410.39 | Allen & Carol Todd | 697 | $64,791.37 | American Pension Services Inc | Administrator for Allen W Todd #9711 |
| $72,877.71 | 348 | $65,916.46 | Jonathan Smith | 699-2 | $72,877.71 | American Pension Services Inc | Adm. for Jonathan Steele Smith #11883 |
| $140,318.27 | 364 | $140,318.27 | Sheri L. Smith | 700 | $70,734.91 | American Pension Services Inc | Administrator for Sheri L Smith #5788 |
| $242,343.75 | 51 | $225,000.00 | Reid Cox | 701 | $242,343.75 | American Pension Services Inc | Administrator for Reid M Cox #11862 |
| $49,387.42 | 487 | $39,668.65 | Randall F. Davis | 702 | $49,387.42 | American Pension Services Inc | Administrator for Randal F Davis #9792 |
| $21,875.80 | 360 | $21,875.80 | Timothy A. Smith | 703 | $15,147.43 | American Pension Services Inc | Administrator for Timothy A Smith #5787 |
| $199,838.73 | 219 | $188,824.02 | Larry D. Stevens | 705 | $199,838.73 | American Pension Services Inc | Administrator for Larry Don Stevens #118 |
| $14,758.13 | 481 | $11,853.93 | Julee A Davis | 706 | $14,758.13 | American Pension Services Inc | Administrator for Julee A Davis #9793 |
| $32,721.51 | 220 | $30,917.97 | Jacalyn A. Stevens | 708 | $32,721.51 | American Pension Services Inc | Administrator for Jacalyn Annette Steven |
| $10,007.52 | 108 | $9,880.31 | Wesley McDonald | 710 | $10,007.52 | American Pension Services Inc | Administrator for Wesley McDonald #9818 |
| $57,308.31 | 493 | $57,308.31 | Troy G. Watson Sr. & Kalynn Watson | 712 | $41,731.57 | American Pension Services Inc | Administrator for Troy G Watson #9874 |
| $135,000.00 | 246 | $135,000.00 | Gary and Carolyn Morgan | 714 | $119,513.82 | American Pension Services Inc | Administrator for Gary Brent Morgan |
| $97,686.20 | 307 | $81,702.49 | Randy Gunderson | 718 | $97,686.20 | American Pension Services Inc | Administrator for Randy E Gunderson #5729 |
| $214,127.93 | 390 | $214,127.93 | L. Dale & Bette Lynn Green | 719 | $50,425.30 | American Pension Services Inc | Administrator for Bette Lynn Green |
| $1,250,000.00 | 534 | $1,250,000.00 | Mike & Dorothy Burnett | 722 | $1,122,813.43 | American Pension Services Inc | Administrator for Michael A Burnett #5727 |
| $65,108.83 | 361 | $54,346.05 | Judy Thompson | 724 | $65,108.83 | American Pension Services Inc | Administrator for Judy F Thompson #5703 |
| $60,466.91 | 49 | $57,000.00 | Ray Gardner | 725 | $60,466.91 | American Pension Services Inc | Administrator for M Ray Gardner #7919 |
| $189,069.82 | 40-2 | $101,673.72 | Jerry Kinyon | 726 | $189,069.82 | American Pension Services Inc | Administrator for Jerry Kinyon #7897 |
| $113,893.52 | 368 | $85,591.26 | Mary Ellen Butler | 727 | $113,893.52 | American Pension Services Inc | Administrator for Mary Ellen Butler #787 |
| $95,886.51 | 666-2 | $70,032.29 | Beverly Clark | 728 | $95,886.51 | American Pension Services Inc | Administrator for Beverly Clark #7829 |
| $89,540.09 | 610 | $72,287.59 | Michael Clark | 729 | $89,540.09 | American Pension Services Inc | Administrator for Michael Clark #7828 |
| $65,980.08 | 174 | $54,948.25 | Dennis Frandsen | 730 | $65,980.08 | American Pension Services Inc | Administrator for Dennis Frandsen #7732 |
| $79,602.79 | 175 | $65,805.48 | Dennis Frandsen | 731 | $79,602.79 | American Pension Services Inc | Administrator for Dennis Frandsen #7732 |
| $69,932.00 | 343-2 | $69,932.00 | Gary A. Sargent | 732 | $66,147.47 | American Pension Services Inc | Administrator for Gary A Sargent #7725 |
| $120,297.30 | 555 | $93,724.96 | Dianne Call | 733 | $120,297.30 | American Pension Services Inc | Administrator for Dianne Call #7722 |
| $53,723.04 | 44 | $53,723.04 | Barbara Milburn | 734 | $48,785.20 | American Pension Services Inc | Administrator for Barbara Milburn #7662 |
| $189,832.34 | 440 | $160,025.00 | Catherine M. Boyington | 736 | $189,832.34 | American Pension Services Inc | Administrator for Catherine M Boyington |
| $21,716.47 | 438 | $18,229.79 | Chauncey Robert Boyington | 737 | $21,716.47 | American Pension Services Inc | Administrator for Chauncey Robert Boyington |
| $53,387.12 | 74 | $53,387.12 | Martin Fuilki | 738 | $45,648.18 | American Pension Services Inc | Administrator for Martin Fuilki #7541 |
| $180,005.00 | 1072 | $30,000.00 | Richard & Peggy Seare | 739 | $180,005.00 | American Pension Services Inc | Administrator for Peggy M Seare #7511 |
| $276,853.83 | 263 | $276,853.83 | Allen & Pat Clements | 741-2 | $159,022.74 | American Pension Services, Inc. | Adm. for Allen G. Clements #7317 |
| $296,593.71 | 986 | $136,255.50 | Mark Bradshaw | 743 | $296,593.71 | American Pension Services Inc | Administrator for Mark Bradshaw #7418 |
| $49,173.31 | 429 | $49,173.31 | Daniel Gordon Garbe | 748 | $48,358.77 | American Pension Services Inc | Administrator for Daniel G Garbe #8385 |
| $19,660.85 | 43 | $19,660.85 | Angela Smart | 750 | $18,522.32 | American Pension Services Inc | Administrator for Angela Smart #8474 |
| $90,000.00 | 92 | $90,000.00 | Faye Petersen | 752 | $68,533.01 | American Pension Services Inc | Administrator for Faye H Petersen #8508 |
| $200,244.64 | 754-2 | $199,451.22 | Glen Poll | 754-1 | $200,244.64 | American Pension Services Inc | Administrator for Glen Poll #8608 |
| $30,403.60 | 505 | $28,401.94 | Bruce & Susan Bybee | 755 | $30,403.60 | American Pension Services Inc | Administrator for Bruce Bybee #8644 |
| $124,783.27 | 197 | $114,630.67 | Evelyn M Harris | 757 | $124,783.27 | American Pension Services Inc | Administrator for Evelyn M Harris #11835 |
| $22,569.71 | 196 | $21,322.62 | Lynn Harris | 758 | $22,569.71 | American Pension Services Inc | Administrator for Lynn W Harris #11834 |
| $61,166.14 | 291 | $61,166.14 | Claudia Sanchez | 759 | $60,191.34 | American Pension Services Inc | Administrator for Claudia B Sanchez #7031 |
| $67,978.94 | 292 | $67,978.94 | Benny L. Sanchez | 760 | $67,163.33 | American Pension Services Inc | Administrator for Benny L Sanchez #7030 |
| $204,894.83 | 388 | $204,894.83 | Allen & Jane Jagl | 762 | $35,225.47 | American Pension Services Inc | Administrator for Allen Jagl #7018 |

Page 1

# Exhibit B

In re: Dee Allen Randall; Case # 10-37546
Duplicate APS Claims Where the Victim Claim Amount Differs from the APS Claim Amount

| Claim Amount for Plan Voting Purposes | Victim Claim # | Victim Claim Amount | Creditor Name | APS Claim # | APS Claim Amount | Creditor Name | Creditor Address 1 |
|---|---|---|---|---|---|---|---|
| $13,579.01 | 476 | $12,224.18 | Gary Bird | 763 | $13,579.01 | American Pension Services Inc | Administrator for Gary A Bird #11822 |
| $226,065.41 | 477 | $226,065.41 | Janalee Stinger | 764 | $5,916.50 | American Pension Services Inc | Administrator for Janalee Stinger |
| $36,243.47 | 321 | $34,712.68 | Dorothy R. Reese | 765 | $36,243.47 | American Pension Services Inc | Administrator for Dorthy R Reese |
| $12,259.64 | 72 | $12,160.19 | Fred & Vera Beckman | 767 | $12,259.64 | American Pension Services Inc | Administrator for Vera Ann Beckman |
| $578,272.78 | 516 | $578,272.78 | Stanley & Mary Kaye Smith | 768 | $440,768.58 | American Pension Services Inc | Administrator for Stanley B Smith |
| $11,157.20 | 423 | $11,157.20 | Chris & Johanna Gibson | 769 | $4,301.95 | American Pension Services Inc | Administrator for Johanna M Gibson #1179 |
| $240,117.30 | 190 | $240,000.00 | Philip Selander | 776 | $240,117.30 | American Pension Services Inc | Administrator for Philip S Selander |
| $155,823.63 | 152 | $155,823.63 | Scott & Geri Alred | 778 | $33,950.52 | American Pension Services Inc | Administrator for Geri L Alred #4052 |
| $256,686.61 | 255 | $256,686.61 | Kenneth D. and Janet D. Reber | 781 | $127,231.21 | American Pension Services Inc | Administrator for Kenneth D Reber |
| $189,525.24 | 546 | $180,000.00 | Karl Janson | 782 | $189,525.24 | American Pension Services Inc | Administrator for Karl A Janson #5884 |
| $5,070.26 | 539 | $4,588.47 | Chris Harvey | 783 | $5,070.26 | American Pension Services Inc | Administrator for Chris Harvey #11732 |
| $3,251.93 | 540 | $2,942.92 | Jessica Harvey | 784 | $3,251.93 | American Pension Services Inc | Administrator for Jessica M Harvey #1173 |
| $25,000.00 | 587 | $25,000.00 | Aaron & Kern Soboloski | 785 | $21,806.97 | American Pension Services Inc | Administrator for Aaron A Soboloski #116 |
| $66,500.00 | 421 | $66,500.00 | Brent Gibson | 786 | $47,227.46 | American Pension Services Inc | Administrator for Brent Gibson #5875 |
| $260,414.52 | 59-2 | $181,579.38 | Earl & Joye Willoughby | 789 | $260,414.52 | American Pension Services Inc | Administrator for Earl B Willoughby |
| $181,579.38 | 59-2 | $181,579.38 | Earl & Joye Willoughby | 791 | $128,847.27 | American Pension Services Inc | Administrator for Joye H Willoughby |
| $410,000.00 | 192 | $410,000.00 | Pam Stagg & APS IRA 9045 fbo Pam Stagg | 793 | $50,162.85 | American Pension Services Inc | Administrator for Pam Stagg #9045 |
| $18,585.77 | 1005 | $16,520.68 | Tori Howe | 794 | $18,585.77 | American Pension Services Inc | Administrator for Tori H Howe #11665 |
| $37,638.43 | 523 | $30,035.01 | William Bate | 795-2 | $37,638.43 | American Pension Services Inc | Administrator for William V Bate #9208 |
| $176,500.00 | 550 | $176,500.00 | Susan A. Bell | 797 | $108,364.07 | American Pension Services Inc | Administrator for Susan A Bell #11626 |
| $99,379.79 | 1055 | $99,379.79 | Scott L. Osborne and Denise Osborne | 802 | $51,969.57 | American Pension Services Inc | Administrator for Denice Osborne #9301 |
| $30,638.06 | 451 | $28,460.94 | Keith & Alice Tweedie | 804 | $30,638.06 | American Pension Services Inc | Administrator for Keith R Tweedie #9353 |
| $45,680.95 | 452 | $43,780.13 | Keith & Alice Tweedie | 805 | $45,680.95 | American Pension Services Inc | Administrator for Alice C Tweedie #9355 |
| $76,910.00 | 109-2 | $76,910.00 | Mary Lou Carroll | 806-1 | $39,993.75 | American Pension Services Inc | Administrator for Mary Lou Carroll #9430 |
| $49,346.08 | 506 | $46,097.37 | Susan Bybee | 809 | $49,346.08 | American Pension Services Inc | Administrator for Susan Bybee #8645 |
| $77,730.17 | 573 | $54,277.31 | Eric Leonard Hays | 812 | $77,730.17 | American Pension Services Inc | Administrator for Eric Leonard Hays #8725 |
| $17,612.47 | 427 | $17,612.47 | David S. Clark | 818 | $17,561.05 | American Pension Services Inc | Administrator for David S Clark #8159 |
| $13,575.67 | 426 | $13,555.26 | Melanie Adair Clark | 819 | $13,575.67 | American Pension Services Inc | Administrator for Melanie Adair Clark #8160 |
| $58,588.41 | 415 | $57,810.33 | Melvin Christensen | 820 | $58,588.41 | American Pension Services Inc | Administrator for Melvin J Christensen #8186 |
| $98,118.74 | 1034 | $78,627.35 | Robert L. Minster | 821 | $98,118.74 | American Pension Services Inc | Administrator for Robert Minister #8756 |
| $30,100.71 | 374 | $30,100.71 | Ray A. Peek | 822 | $19,884.30 | American Pension Services Inc | Administrator for Ray A Peek #8792 |
| $103,138.39 | 989 | $101,039.78 | Chris Leatherman | 823 | $103,138.39 | American Pension Services Inc | Administrator for Chris Leatherman #8807 |
| $58,215.68 | 559 | $58,215.68 | Taylor & Gail Thayne | 826 | $55,261.45 | American Pension Services Inc | Administrator for H Taylor Thayne |
| $15,621.94 | 492 | $15,621.94 | Laura Doty | 829-2 | $15,532.44 | American Pension Services Inc | Administrator for Laura J Doty #6739 |
| $72,242.22 | 580 | $64,803.70 | Jimmie Hughes | 833 | $72,242.22 | American Pension Services Inc | Administrator for Jimmie B Hughes |
| $344,663.48 | 132 | $344,663.48 | Reed and Dixe Conger | 834 | $219,773.26 | American Pension Services Inc | Administrator for Leon Reed Conger |
| $584,597.67 | 98 | $351,641.61 | Gerald C. Nichol | 835 | $584,597.67 | American Pension Services Inc | Administrator for Gerald Clive Nichol |
| $56,111.49 | 1056 | $52,912.51 | American Pension Services: Gordon Christensen | 837 | $56,111.49 | American Pension Services Inc | Administrator for Gordon V. Christensen |
| $44,015.01 | 226 | $44,015.01 | APS Inc. FBO Dorothy H. Nielson IRA | 843 | $43,006.17 | American Pension Services Inc | Administrator for Dorothy H Nielson |
| $20,464.13 | 78-2 | $17,486.89 | Jean Kendell Condie | 844 | $20,464.13 | American Pension Services Inc | Administrator for Jean Kendell Condie |
| $105,698.00 | 347-2 | $105,698.00 | Gary A. Sargent | 851 | $64,963.35 | American Pension Services Inc | Administrator for Gary A Sargent #7725 |
| $117,334.34 | 296 | $94,871.20 | Wayne Hansen | 852 | $117,334.34 | American Pension Services Inc | Administrator for Wayne C Hansen #6537 |
| $32,820.67 | 566 | $32,820.67 | Van Gibson | 853 | $23,534.18 | American Pension Services Inc | Administrator for Van Gibson #6528 |
| $38,359.60 | 514 | $38,359.60 | Joshua Dee Gibson | 854 | $35,854.03 | American Pension Services Inc | Administrator for Joshua D Gibson |
| $81,088.00 | 334-2 | $81,088.00 | Mary Lynne Sargent IRA | 855 | $69,255.58 | American Pension Services Inc | Administrator for Mary Lynne Sargent #6250 |
| $319,684.70 | 328 | $316,557.42 | Richard Brown | 859 | $319,684.70 | American Pension Services Inc | Administrator for Richard K Brown #5876 |
| $249,342.00 | 173-1 | $249,342.00 | Scott Longhurst | 860 | $169,844.96 | American Pension Services Inc | Administrator for Scott Longhurst #7269 |
| $15,938.94 | 394 | $15,739.46 | Nancy A. Crowl | 861 | $15,938.94 | American Pension Services Inc | Administrator for Nancy A Crowl #7246 |
| $173,829.66 | 393 | $171,047.20 | William D. Crowl | 862 | $173,829.66 | American Pension Services Inc | Administrator for William D Crowl #7245 |
| $29,478.33 | 513 | $29,478.33 | Kennion & Jennifer Jolley | 863 | $16,911.79 | American Pension Services Inc | Administrator for Jennifer E Jolley |
| $546,710.76 | 136 | $449,198.50 | Wade White | 864 | $546,710.76 | American Pension Services Inc | Administrator for Wade White |
| $83,640.00 | 365 | $52,369.00 | Paul Adams | 865 | $83,640.00 | American Pension Services Inc | Administrator for Paul Elias Adams #7053 |
| $322,849.67 | 261 | $275,213.25 | Chris Fonnesbeck | 866 | $322,849.67 | American Pension Services Inc | Administrator for Chris J Fonnesbeck |
| $17,876.73 | 868-2 | $17,876.73 | Carla Jellings | 868-1 | $12,326.02 | American Pension Services Inc | Administrator for Victoria Elizondo |
| $155,823.63 | 152 | $155,823.63 | Scott & Geri Alred | 871 | $8,167.11 | American Pension Services Inc | Administrator for Geri L Alred #4052 |
| $6,242.11 | 1014 | $5,759.13 | Gloria J Childs | 873 | $6,242.11 | American Pension Services Inc | Administrator for Gloria J Childs #5839 |
| $54,174.63 | 424 | $53,490.90 | James Terry Brown | 874 | $54,174.63 | American Pension Services Inc | Administrator for James Terry Brown #5819 |
| $123,678.09 | 430 | $123,678.09 | Steven D. Zimmerman | 876 | $123,022.48 | American Pension Services Inc | Administrator for Steven D Zimmerman #6326 |
| $27,176.30 | 262 | $23,538.12 | Cindy P. Fonnesbeck | 878 | $27,176.30 | American Pension Services Inc | Administrator for Cindy P Fonnesbeck #6307 |
| $117,072.10 | 405 | $115,180.50 | Armin R. Fuchs | 879 | $117,072.10 | American Pension Services Inc | Administrator for Armin R Fuchs #6203 |
| $9,720.15 | 294 | $8,000.00 | Dale Curtis | 881 | $9,720.15 | American Pension Services Inc | Administrator for Dale Curtis #6162 |
| $215,367.80 | 112-3 | $214,484.45 | Walter Sudweeks | 886 | $215,367.80 | American Pension Services Inc | Administrator for Walter B Sudweeks #8146 |
| $137,361.05 | 1010 | $130,000.00 | Beverly Ann Buckway-Rosales | 887 | $137,361.05 | American Pension Services Inc | Administrator for Beverly Anne Buckway-Rosales #6100 |
| $56,821.23 | 1080 | $6,151.84 | Margo L. Stratton | 889-2 | $56,821.23 | American Pension Services Inc | Administrator for Margo L Stratton #8038 |
| $350,000.00 | 663 | $350,000.00 | Jewel Christensen | 890 | $340,212.34 | American Pension Services Inc | Administrator for Jewel H Christensen #10427 |
| $55,008.72 | 171 | $52,446.52 | Arthur Gary Bennett | 893 | $55,008.72 | American Pension Services Inc | Administrator Gary Bennett #10564 |
| $64,790.04 | 148 | $64,790.04 | Diane Minchey | 896 | $59,264.21 | American Pension Services Inc. | Admin for Diane K Minchey #11282 |
| $58,786.53 | 464 | $52,023.51 | Kenneth Seamons | 897 | $58,786.53 | American Pension Services Inc | Admin for Kenneth E Seamons #11296 |
| $34,029.38 | 373 | $31,277.00 | Lisa Weaver | 899 | $34,029.38 | American Pension Services Inc | Admin for Lisa Weaver #11325 |
| $80,767.46 | 467 | $80,767.46 | Chad & Susan Teichert | 900 | $57,845.07 | American Pension Services Inc | Admin for Susan D Teichert #11387 |
| $334,512.47 | 538 | $318,305.00 | Gwen Hayes | 901 | $334,512.47 | American Pension Services Inc. | Admin for Gwen D Hayes #11438 |
| $120,290.51 | 542 | $120,290.51 | Lynn H. & Jennifer Shaw | 902 | $12,578.91 | American Pension Services Inc | Administrator Lynn H Shaw #10635 |
| $42,530.32 | 442 | $39,080.22 | Pauline Thompson | 903 | $42,530.32 | American Pension Services Inc | Admin for Pauline R Thompson #11478 |
| $105,324.84 | 180 | $101,000.00 | Ray Child | 905 | $105,324.84 | American Pension Services Inc. | Admin for Ray M Child #11479 |
| $35,364.50 | 681 | $31,754.00 | Merlin K. Clark | 907 | $35,364.50 | American Pension Services Inc | Admin for Merlin K Clark #11485 |
| $40,501.73 | 490 | $35,000.00 | Cecilia Salazar | 908 | $40,501.73 | American Pension Services Inc | Administrator Cecilia Salazar #10730 |
| $120,988.40 | 398 | $120,988.40 | Christie Oss | 910-2 | $100,724.45 | American Pension Services Inc. | Administrator Christine Oss #10733 |
| $100,000.00 | 528 | $100,000.00 | Brent Bates | 911 | $67,962.13 | American Pension Services Inc | Admin for Brent C Bates #11497 |
| $111,141.49 | 552 | $98,782.85 | Junnie Shiotani | 913 | $111,141.49 | American Pension Services Inc | Administrator Junnie E Shiotani #10734 |
| $128,352.28 | 746 | $123,349.00 | Beverly Benjamin | 914 | $128,352.28 | American Pension Services Inc | Administrator for Beverly A Benjamin #8156 |
| $21,390.72 | 125 | $17,132.29 | Stephen & Shauna Eden | 915 | $21,390.72 | American Pension Services Inc | Admin for Stephen Eden #11547 |
| $390,277.00 | 1060 | $390,277.00 | C. William and Christine P. Bacon | 919 | $373,862.60 | American Pension Services Inc | Administrator for C William Bacon #8194 |
| $34,251.18 | 510 | $28,334.03 | Myren Iverson | 921 | $34,251.18 | American Pension Services Inc | Administrator for Myren L Iverson #10740 |
| $438,616.35 | 557 | $350,000.00 | Boyd Call | 922 | $438,616.35 | American Pension Services Inc | Administrator for Boyd Call #8234 |
| $26,159.69 | 509 | $21,655.97 | Anne Iverson | 923 | $26,159.69 | American Pension Services Inc | Administrator Anne E Iverson #10741 |
| $117,394.22 | 295 | $97,019.75 | Lorree Farnes | 924 | $117,394.22 | American Pension Services Inc | Administrator for Loree D Farnes #8289 |

# Exhibit B

In re: Dee Allen Randall; Case # 10-37546
Duplicate APS Claims Where the Victim Claim Amount Differs from the APS Claim Amount

| Claim Amount for Plan Voting Purposes | Victim Claim # | Victim Claim Amount | Creditor Name | APS Claim # | APS Claim Amount | Creditor Name | Creditor Address 1 |
|---|---|---|---|---|---|---|---|
| $55,050.19 | 176 | $55,050.19 | Edwin L. and Billie Susan Eggett | 926-2 | $9,750.22 | American Pension Services Inc | Administrator Edwin L Eggett #10809 |
| $73,559.75 | 57-1 | $73,559.75 | Bret Tolson | 927 | $24,500.25 | American Pension Services Inc | Administrator for Bret P Tolson |
| $55,050.19 | 176 | $55,050.19 | Edwin L. and Billie Susan Eggett | 928-2 | $19,518.08 | American Pension Services Inc | Administrator Edwin L Eggett #10810 |
| $55,050.19 | 176 | $55,050.19 | Edwin L. and Billie Susan Eggett | 929-2 | $26,660.88 | American Pension Services Inc | Administrator Billie Susan Eggett #10812 |
| $37,657.20 | 553 | $30,499.91 | Dianne Call | 933 | $37,657.20 | American Pension Services Inc | Administrator for Dianne Call #8365 |
| $123,155.96 | 1059 | $116,495.75 | Earl J. Law | 934 | $123,155.96 | American Pension Services Inc | Administrator Earl Joseph Law #10971 |
| $59,734.81 | 556 | $48,776.51 | Boyd Call | 935 | $59,734.81 | American Pension Services Inc | Administrator for Boyd Call #8364 |
| $509,079.79 | 19 | $439,806.91 | Paul Haas | 936 | $509,079.79 | American Pension Services Inc | Administrator Paul F. Haas Jr #10982 |
| $222,867.16 | 1083 | $222,867.16 | Kyle Peterson | 939 | $32,152.09 | American Pension Services Inc | Administrator Kyle D Peterson #12220 |
| $5,280.40 | 586 | $4,812.33 | Chad Bywater | 942 | $5,280.40 | American Pension Services Inc | Admin for Chad Alan Bywater #11142 |
| $178,052.08 | 628 | $178,052.08 | Alan & Lorraine Gaufin | 943 | $121,481.05 | American Pension Services Inc | Administrator for Alan Gaufin #8383 |
| $108,897.36 | 1039 | $108,897.36 | Mark & MaryAnn Jorgensen | 944 | $59,270.87 | American Pension Services Inc. | Admin for Mark LaVon Jorgensen #11170 |
| $108,897.36 | 1039 | $108,897.36 | Mark & MaryAnn Jorgensen | 945 | $48,674.58 | American Pension Services Inc. | Admin for Mark LaVon Jorgensen #11171 |
| $108,897.36 | 1039 | $108,897.36 | Mark & MaryAnn Jorgensen | 946 | $2,571.66 | American Pension Services Inc. | Admin for Mark LaVon Jorgensen #11172 |
| $178,052.08 | 628 | $178,052.08 | Alan & Lorraine Gaufin | 947 | $83,255.53 | American Pension Services Inc | Administrator for Lorraine Gaufin #8384 |
| $108,897.36 | 1039 | $108,897.36 | Mark & MaryAnn Jorgensen | 948 | $2,997.19 | American Pension Services Inc. | Admin for Mary Ann Jorgensen #11173 |
| $11,502.85 | 1012 | $10,473.77 | Kaycle Deem | 949 | $11,502.85 | American Pension Services Inc. | Admin for Kaycle Deem #11250 |
| $154,628.00 | 110 | $137,041.05 | David Owens | 950 | $154,628.00 | American Pension Services Inc. | Admin for David J Owens #11240 |
| $24,394.29 | 367 | $22,227.20 | Paul F.Pritchett | 951 | $24,394.29 | American Pension Services Inc. | Admin for Paul Pritchett #11272 |
| $6,602.10 | 880 | $6,015.61 | Nathan & Kaycie Deem | 952 | $6,602.10 | American Pension Services Inc. | Admin for Nathan Deem #11251 |
| $20,983.72 | 377 | $20,983.72 | Gordon & Shelley Turnbow | 954 | $20,237.68 | American Pension Services Inc | Administrator Gordan Ray Turnbow #12251 |
| $43,919.76 | 558 | $43,919.76 | Douglas & Karen Firkins | 955 | $26,258.29 | American Pension Services Inc | Adm. Douglas Clayton Firkins #12258 |
| $11,157.20 | 423 | $11,157.20 | Chris & Johanna Gibson | 956 | $2,493.95 | American Pension Services Inc | Administrator Johanna M Glbson #12276 |
| $112,389.04 | 1011 | $112,389.04 | Craig Steel | 957 | $106,533.33 | American Pension Services Inc | Administrator Craig Duane Steel #12322 |
| $94,112.00 | 128 | $88,924.73 | Jody & Gennifer Rawlings | 958 | $94,112.00 | American Pension Services Inc | Administrator Jody B Rawlings #12351 |
| $59,541.88 | 129 | $56,260.04 | Gennifer Rawlings | 959 | $59,541.88 | American Pension Services Inc | Adm. Gennifer Wallace Rawlings #12352 |
| $33,976.98 | 305 | $33,976.98 | Michael Davis IRA | 961 | $33,714.22 | American Pension Services Inc | Administrator Michael R Davis |
| $24,914.54 | 304 | $24,914.54 | Lisa A. Davis IRA | 84111-23 | $24,710.07 | American Pension Services Inc | Administrator Lisa A Davis #12069 |
| $240,040.22 | 483 | $240,040.22 | W. Lane Harrison | 963 | $63,135.34 | American Pension Services Inc | Adm. William Lane Harrison #12109 |
| $95,674.90 | 482 | $95,674.90 | Suzanne Harrison | 964 | $12,428.27 | American Pension Services Inc | Administrator SuzAnne Harrison #12110 |
| $7,110.55 | 572 | $6,853.53 | Georgia E. Heler | 966 | $7,110.55 | American Pension Services Inc | Adm. Georgia Earlene Heler #12164 |
| $6,480.91 | 571 | $6,246.66 | Herman Jack Heler | 967 | $6,480.91 | American Pension Services Inc | Adm. Herman Jack Jess Heler #12165 |
| $55,050.19 | 176 | $55,050.19 | Edwin L. and Billie Susan Eggett | 968-2 | $9,745.52 | American Pension Services Inc | Administrator Billie Susan Eggett #10811 |
| $43,919.76 | 558 | $43,919.76 | Douglas & Karen Firkins | 970 | $12,523.25 | American Pension Services Inc | Administrator for Douglas Clayton Firkins #6516 |
| $66,021.17 | 75 | $60,469.00 | Bonnie Brinton | 972 | $66,021.17 | American Pension Services Inc | Administrator for Bonnie Brinton #6491 |
| $50,572.89 | 79-2 | $41,184.28 | Thomas Alan Condie | 975 | $50,572.89 | American Pension Services Inc | Administrator for T Alan Condie #6465 |
| $146,528.96 | 119 | $122,949.59 | Kent White | 977 | $146,528.96 | American Pension Services Inc | Administrator for Kent White #6444 |
| $2,013.41 | 461 | $1,685.11 | Dixie Stucki | 978 | $2,013.41 | American Pension Services Inc | Administrator for Dixie M Stucki #6442 |
| $105,383.17 | 536 | $105,383.17 | Kenneth Bergenthal | 979 | $9,375.37 | American Pension Services Inc | Administrator for Kenneth Bergenthal #6433 |
| $105,383.17 | 536 | $105,383.17 | Kenneth Bergenthal | 980 | $52,466.23 | American Pension Services Inc | Administrator for Kenneth Bergenthal #6433 |
| $29,478.33 | 513 | $29,478.33 | Kennion & Jennifer Jolley | 981 | $16,886.73 | American Pension Services Inc | Administrator for Kennion D Jolley #6428 |
| $64,612.86 | 1019 | $64,612.86 | Kerry & Shelly McCloud | 982 | $3,397.35 | American Pension Services Inc | Administrator for Kerry McCloud #6368 |
| $20,102.30 | 465 | $17,311.43 | Dixie Stucki | 983 | $20,102.30 | American Pension Services Inc | Administrator for Dixie M Stucki #6442 |
| $54,975.72 | 1036 | $43,781.75 | Randy Guest | 991 | $54,975.72 | American Pension Services Inc | Administrator for Randy R Guest #4135 |
| $25,335.47 | 612 | $17,685.04 | Kathy Erdmann | 993 | $25,335.47 | American Pension Services Inc | Administrator for Kathy Erdmann #4005 |
| $178,293.51 | 1066 | $46,240.07 | Jack David Hatch Revocable Trust | 994 | $178,293.51 | American Pension Services Inc | Adm. for Jack David Hatch #10059 |
| $38,744.54 | 241 | $38,744.54 | Paul Wunderlin | 997-2 | $38,014.46 | American Pension Services Inc | Adm. for Paul D Wunderlin #10230 |
| $39,306.72 | 242 | $39,306.72 | Kathryn Grimes | 998-2 | $38,566.35 | American Pension Services Inc | Administrator for Kathryn Grimes #10231 |
| $314,709.05 | 25-2 | $287,838.56 | Debra Dorius | 999 | $314,709.05 | American Pension Services Inc | Adm. for Deborah Anne Dorius #10256 |
| $207,903.42 | 249 | $111,250.00 | Joseph E. Peterson | 1000 | $207,903.42 | American Pension Services Inc | Adm. for Joseph E. Peterson #4236 |
| $260,000.00 | 1013 | $260,000.00 | C Lorenzo Pope | 1002 | $238,750.00 | American Pension Services Inc | Administrator for C Lorenzo Pope #11101 |
| $276,853.83 | 263 | $276,853.83 | Allen & Pat Clements | 1004 | $159,022.74 | American Pension Services Inc | Administrator for Allan G Clements #7317 |
| $1,250,000.00 | 534 | $1,250,000.00 | Mike & Dorothy Burnett | 1015 | $1,122,813.43 | American Pension Services Inc | Administrator for Michael A Burnett #5727 |
| $299,363.51 | 674-1 | $233,380.53 | Carol Bonar | 1017 | $299,363.51 | American Pension Services Inc | Administrator for Carol Edwards Bonar #10085 |
| $12,368.81 | 454 | $10,339.76 | Eldon C. Romney | 1026 | $12,368.81 | American Pension Services Inc | Adm. Eldon C Romney #4159 |
| $477,574.12 | 1029-2 | $477,574.12 | R. Ted McBride | 1030 | $5,134.89 | American Pension Services Inc | Adm. for R Ted McBride #4150 |
| $132,421.26 | 570 | $108,507.22 | Daniel Clegg | 1031 | $132,421.26 | American Pension Services Inc | Adm. Daniel W Clegg #4137 |
| $54,975.72 | 1036 | $43,781.75 | Randy Guest | 1032 | $54,975.72 | American Pension Services Inc | Adm. Randy R Guest #4135 |
| $35,770.76 | 1072 | $30,000.00 | Richard & Peggy Seare | 1040 | $35,770.76 | American Pension Services Inc | Adm. for Richard A Seare #4096 |
| $19,611.23 | 441-2 | $19,611.23 | Tammy J. and Aaron Evans | 1043 | $7,558.18 | American Pension Services Inc | Adm. for Aaron D Evans #4086 |
| $308,115.17 | 301 | $308,115.17 | Jeff & Lori Atkin | 1045 | $66,993.75 | American Pension Services Inc | Adm. for Lori A Atkin #4054 |
| $308,115.17 | 301 | $308,115.17 | Jeff & Lori Atkin | 1046 | $202,419.79 | American Pension Services Inc | Adm. for Jeff Atkin #4049 |
| $89,990.92 | 288 | $89,990.92 | Joseph & Peggy Peterson | 1052 | $25,891.70 | American Pension Services Inc | Adm. for Peggy A Peterson #4238 |
| $31,938.15 | 297 | $30,000.00 | Peggie A. Fern | 1086 | $31,938.15 | American Pension Services Inc | Peggie A Fern |

Page 3

# Exhibit C

In re: Dee Allen Randall; Case # 10-37546
APS Proofs of Claim for which There Is No Corresponding Victim Claim

| Claim # | Claim Amount | Creditor Name | Credito Address 1 |
|---|---|---|---|
| 185 | $18,209.79 | American Pension Services, Inc | Administrator for Kirk Terry #6957 |
| 186 | $18,134.74 | American Pension Services, Inc | Administrator for Dixie Terry #6958 |
| 187 | $18,209.79 | American Pension Services, Inc | Administrator for Kirk Terry #6957 |
| 322-2 | $154,318.84 | American Pension Services Inc. | Ray D. Reese |
| 591 | $46,104.23 | American Pension Services Inc | Administrator for Dixie Vaughn #3541 |
| 601 | $23,299.17 | American Pension Services Inc | Administrator for Kevin W Swenson #5933 |
| 602 | $57,694.90 | American Pension Services Inc | Administrator for Marlene M Carroll #592 |
| 604 | $17,668.06 | American Pension Services Inc | Administrator for Jeffrey Gordan Willmor |
| 625 | $18,894.96 | American Pension Services Inc. | Administrator for Rebecca S McCarty #558 |
| 626 | $5,983.04 | American Pension Services Inc. | Administrator for Amy O Ellis #5582 |
| 627 | $3,450.16 | American Pension Services Inc. | Administrator for Gary R Ellis #5581 |
| 636 | $87,283.33 | American Pension Services Inc | Administrator for Monette E Van Dame #6854 |
| 638 | $44,718.78 | American Pension Services Inc | Administrator for Hyrum G Kunzler #6886 |
| 640 | $15,371.03 | American Pension Services Inc | Administrator for James W Murray #3973 |
| 651 | $7,550.10 | American Pension Services Inc | Administrator for Martha Lou Bray #3758 |
| 660 | $146,565.92 | American Pension Services Inc | Administrator for Blane W Wilson #9673 |
| 664 | $18,134.74 | American Pension Services Inc | Administrator for Dixie Terry #6958 |
| 673 | $6,681.94 | American Pension Services Inc | Administrator for Andrea C Stuart #5345 |
| 675 | $6,761.81 | American Pension Services Inc | Administrator for Richard W Stuart #5344 |
| 682 | $6,761.81 | American Pension Services Inc | Administrator for Richard W Stuart #5344 |
| 686 | $9,499.47 | American Pension Services Inc | Administrator for Gretel Patch #5818 |
| 687 | $24,443.49 | American Pension Services Inc | Administrator for Victor H Wright #3456 |
| 693 | $141,253.00 | American Pension Services Inc | Administrator for Carol C. Johnson #9653 |
| 694 | $13,091.63 | American Pension Services Inc | Administrator for Paula J Marine #3338 |
| 713 | $36,331.26 | American Pension Services Inc | Administrator for Genie Carver #5738 |
| 715 | $438,620.67 | American Pension Services Inc | Administrator for Neal Green #7998 |
| 717 | $9,872.59 | American Pension Services Inc | Administrator for Bevan D Killpack |
| 720 | $21,392.81 | American Pension Services Inc | Administrator for Bevan D Killpack |
| 721 | $18,209.79 | American Pension Services Inc | Administrator for Kirk Terry #6957 |
| 723 | $51,797.58 | American Pension Services Inc | Administrator for Thomas D Provstgaard |
| 735 | $115,237.75 | American Pension Services Inc | Administrator for Judy Goad #7647 |
| 742 | $223,344.81 | American Pension Services Inc | Administrator for Linda A Christiansen |
| 749 | $54,799.38 | American Pension Services Inc | Administrator for James H Harvey #8395 |
| 753 | $27,081.60 | American Pension Services Inc | Administrator for Ronald Dion Rebalkin #8532 |
| 761 | $83,084.68 | American Pension Services Inc | Administrator for Wade Lemon # 11832 |
| 766 | $4,424.34 | American Pension Services Inc | Administrator for Chris James Gibson #11 |
| 770 | $11,244.56 | American Pension Services Inc | Administrator for Roy Craft #3657 |
| 775 | $14,617.20 | American Pension Services Inc | Administrator for Mathew S. Thompson #11 |
| 777 | $12,725.58 | American Pension Services Inc | Administrator for Betty J Marcus #11750 |
| 780 | $154,318.84 | American Pension Services Inc | Administrator for Ray Don Resse #11734 |
| 790 | $52,047.57 | American Pension Services Inc | Administrator for Madean Lemon #11833 |
| 792 | $36,497.42 | American Pension Services Inc | Administrator for Matthew Vincent #11667 |

# Exhibit C

In re: Dee Allen Randall; Case # 10-37546
APS Proofs of Claim for which There Is No Corresponding Victim Claim

| Claim # | Claim Amount | Creditor Name | Credito Address 1 |
|---|---|---|---|
| 796 | $16,538.58 | American Pension Services Inc | Administrator for Joy Stambaugh #9247 |
| 798 | $7,845.79 | American Pension Services Inc | Administrator for Annette E Poulsen |
| 800 | $14,569.73 | American Pension Services Inc | Administrator for Melvin J Poulsen |
| 801 | $16,278.51 | American Pension Services Inc | Administrator for Peggy R Huft #9299 |
| 803 | $32,392.14 | American Pension Services Inc | Administrator for Thomas A Graham #9302 |
| 811 | $238,906.04 | American Pension Services Inc | Administrator for Darnel O Tippetts #8658 |
| 825 | $130,558.37 | American Pension Services Inc | Administrator for Birdie E Higinbotham |
| 830 | $63,703.52 | American Pension Services Inc | Administrator for Marilyn Steinmetz |
| 837 | $56,111.49 | American Pension Services Inc | Administrator for Gordon V. Christensen |
| 840 | $36,709.52 | American Pension Services Inc | Administrator for Vicki Lynne |
| 841 | $22,883.78 | American Pension Services Inc | Administrator for Tami C Hocker #6619 |
| 842 | $110,422.63 | American Pension Services Inc | Administrator for Dennis Wells #6202 |
| 845 | $59,946.68 | American Pension Services Inc | Administrator for Paul E Taylor #6560 |
| 846 | $372,986.88 | American Pension Services Inc | Administrator for Clarence Edgar |
| 847 | $4,276.60 | American Pension Services Inc | Administrator for Freedom A Kezos #6552 |
| 848 | $9,399.11 | American Pension Services Inc | Administrator for James Kevin |
| 849 | $14,432.34 | American Pension Services Inc | Administrator for Wayne Daniel |
| 856 | $30,170.35 | American Pension Services Inc | Administrator for Larry Sorensen #7330 |
| 857 | $56,855.70 | American Pension Services Inc | Administrator for Patricia A Clemente |
| 875 | $56,354.20 | American Pension Services Inc | Administrator for Richard P Hackler #5805 |
| 877 | $53,235.84 | American Pension Services Inc | Administrator for Brett S Savage #6248 |
| 888 | $20,371.63 | American Pension Services Inc | Administrator for Kurt Quakenbush #8033 |
| 891 | $40,928.52 | American Pension Services Inc | Administrator Shayne J Dorotik #10428 |
| 894 | $94,523.82 | American Pension Services Inc | Administrator Kent Bladen #10626 |
| 895 | $50,675.80 | American Pension Services Inc | Administrator Christine M Bladen #10627 |
| 904 | $3,375.75 | American Pension Services Inc | Administrator Lindsay Burnett #10658 |
| 906 | $57,068.88 | American Pension Services Inc | Administrator for Julie Ann Ryan #8040 |
| 909 | $36,956.99 | American Pension Services Inc. | Admin for Grant Reid Nelson #11499 |
| 912 | $80,792.18 | American Pension Services Inc | Administrator for Kathleen H Hansen #8069 |
| 918 | $67,902.13 | American Pension Services Inc. | Admin for Colleen B Tolley #11341 |
| 920 | $180,562.37 | American Pension Services Inc | Administrator for Kenneth Orton #8215 |
| 925 | $16,519.76 | American Pension Services Inc | Administrator Jed Eugene Smith #10771 |
| 931 | $15,934.88 | American Pension Services Inc | Administrator Bryan Hull #10891 |
| 932 | $45,039.90 | American Pension Services Inc | Administrator Season Hull #10892 |
| 937 | $36,073.39 | American Pension Services Inc | Adm. Trudie Pauline Peterson #12219 |
| 940 | $119,416.67 | American Pension Services Inc. | Admin for Barry R Sorensen #11123 |
| 941 | $7,990.08 | American Pension Services Inc. | Admin for Chad McBride #11051 |
| 960 | $4,889.91 | American Pension Services Inc | Administrator Shane Hansen #12371 |
| 969 | $91,357.39 | American Pension Services Inc | Administrator for Lovel B Young #6517 |
| 971 | $9,508.86 | American Pension Services Inc | Administrator for Anne M Gate #6500 |
| 974 | $4,797.30 | American Pension Services Inc | Administrator for Jefferson T Dunford #6480 |
| 976 | $1,396.09 | American Pension Services Inc | Administrator for Vicki Ovard Condie #6451 |

# Exhibit C

In re: Dee Allen Randall; Case # 10-37546
APS Proofs of Claim for which There Is No Corresponding Victim Claim

| Claim # | Claim Amount | Creditor Name | Credito Address 1 |
|---|---|---|---|
| 996 | $104,380.83 | American Pension Services Inc | Adm. for Lisa LaVon Winter #10109 |
| 1003 | $27,076.72 | American Pension Services Inc | Administrator for Russel Paul Allen #10106 |
| 1021 | $113,545.90 | American Pension Services Inc | Administrator for J Shane White #4194 |
| 1025-2 | $32,148.50 | American Pension Services Inc | Adm. for Jennifer Lynn Lynn #10636 |
| 1047 | $8,882.89 | American Pension Services Inc | Adm. for Kent L Vallace #4010 |
| 1048 | $42,482.74 | American Pension Services Inc | Adm. for Eva Lorene Bullock #5536 |
| 1049 | $124,019.85 | American Pension Services Inc | Adm. for Elmer R Bullock #5535 |
| 1050 | $219,458.52 | American Pension Services Inc | Adm. for Craig Case #4264 |
| 1051 | $13,726.78 | American Pension Services Inc | Adm. for Reuben Simonsen #4244 |

# Exhibit D

In re: Dee Allen Randall; Case # 10-37546
Victim Claims that Were Waived through Settlements with the Trustee

| Claim Amount for Plan Voting Purposes | Victim Claim # | Victim Claim Amount | Creditor Name | APS Claim # | APS Claim Amount | Creditor Name | Creditor Address 1 |
|---|---|---|---|---|---|---|---|
| $72,181.50 | 324-2 | $72,181.50 | Todd & Tamara Simons | 641 | $17,408.64 | American Pension Services Inc | Administrator for Tamara L Simons #3954 |
| $112,270.10 | 231 | $112,270.10 | Conrad O.Taysom | 643 | $19,314.07 | American Pension Services Inc | Administrator for Conrad Taysom #6238 |
| $112,270.10 | 231 | $112,270.10 | Conrad O.Taysom | 230-2 | $71,398.84 | American Pension Services, Inc | Adm. for Conrad Taysom #6238 |
| $72,181.50 | 324-2 | $72,181.50 | Todd & Tamara Simons | 644 | $32,858.37 | American Pension Services Inc | Administrator for Todd D Simons #3955 |
| $160,506.81 | 325 | $160,506.81 | Rick & Connie Haddon | 653 | $69,492.75 | American Pension Services Inc | Administrator for Rick Haddon #3672 |
| $26,400.90 | 575 | $21,965.34 | Dale Parker | 656 | $26,400.90 | American Pension Services Inc | Administrator for Dale Parker #3527 |
| $21,609.39 | 150 | $17,300.00 | Brent Wolf | 691 | $21,609.39 | American Pension Services Inc | Administrator for Brent K Wolf #3393 |
| $39,316.28 | 154 | $39,316.28 | Wayne Hammond | 787 | $37,724.42 | American Pension Services Inc | Administrator for Wayne E Hammond |
| $251,707.00 | 537 | $251,707.00 | David Nielson | 788 | $130,326.97 | American Pension Services Inc | Administrator for David L Nielsen #3425 |
| $103,138.39 | 824-2 | $103,138.39 | Marguerite Crockett | 824-1 | $35,109.47 | American Pension Services Inc | Administrator for Marguerite Crockett |
| $197,241.39 | 135 | $139,145.04 | G. Fredric Davis | 827 | $197,241.39 | American Pension Services Inc | Administrator for G Fredric Davis |
| $69,292.00 | 133 | $59,737.56 | Cheryl F. Davis | 858 | $69,292.00 | American Pension Services Inc | Administrator for Cheryl F Davis |
| | | | | 652 | $28,930.85 | American Pension Services Inc | Administrator for Lesley B Walker #3718 |
| | | | | 654 | $33,240.53 | American Pension Services Inc | Administrator for Dean Powell #3606 |
| | | | | 1024 | $43,350.58 | American Pension Services Inc | Adm. Deborah H Carroll #4176 |
| | | | | 1033 | $35,565.51 | American Pension Services Inc | Adm. Diane D Probst #4098 |

Page 1