Michael R. Johnson, Esq. (A7070)
Douglas M. Monson, Esq. (A2293)
David H. Leigh, Esq. (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
Email:  dmonson@rqn.com
Email:  dleigh@rqn.com

*Counsel for Gil A. Miller, Chapter 11 Trustee of the Consolidated Estate*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>DEE ALLEN RANDALL, et al.,<br><br>Debtors. | **Bankruptcy Case No. 10-37546**<br><br>(Substantively Consolidated with Case Nos. 11-34826, 11-34830, 11-34831, 11-34833 and 11-34834)<br><br>Chapter 11<br><br>Honorable Joel T. Marker<br><br>(Filed via ECF) |

**BALLOT SUMMARY AS OF OCTOBER 24, 2013**

Douglas M. Monson declares:

1.      I am a member of the law firm of Ray Quinney & Nebeker P.C., counsel to Gil A. Miller (the "**Trustee**") in these substantively consolidated cases (collectively, the "**Case**").

2.      This Ballot Summary is submitted to the Court to provide evidentiary support for confirmation of that certain *[Proposed] Chapter 11 Trustee's Liquidating Plan of*

*Reorganization Dated September 9, 2013* (the "**Plan**") that was filed with the Court on

September 11, 2013, as Docket Entry 1268.

       3.       The *Disclosure Statement for Chapter 11 Trustee's Liquidating Plan of*

*Reorganization Dated September 9, 2013* (the "**Disclosure Statement**") approved by the Court

in this Case instructed creditors desiring to vote on the Plan proposed by the Trustee in this Case

to return their ballots to Ray Quinney & Nebeker P.C.

       4.       On or about September 20, 2013, the Trustee circulated the Disclosure Statement,

the Plan, ballots approved by the Court, and other documents included in the Solicitation

Package (the "**Solicitation Package**") for the Plan to all parties eligible to vote for the Plan in

this Case.

       5.       Ballots were circulated to the following classes of creditors:  Class 16(A), Class

16(B), and Class 17.

       6.       Ballots were not circulated to the holders of claims in Classes 1 through 15

because those Classes are unimpaired and, pursuant to Section 1126(f) of the Bankruptcy Code,

those holders are deemed to have accepted the Plan.

       7.       Ballots also were not circulated to the holders of Equity Interests in Class 18

because such holders are not entitled to receive or retain any property under the Plan and,

therefore, holders of Equity Interests are deemed to have rejected the Plan pursuant to Section

1126(g) of the Bankruptcy Code.

       8.       The Union Central Life Insurance Company ("**Union Central**") is the only

purported creditor in Class 19.  The Trustee has objected to the Union Central Class 19 secured

claim, and Union Central did not obtain an order from the Court temporarily allowing Union

Central's Class 19 secured claim for voting purposes, so Union Central was not authorized to

vote for or against the Plan, and a ballot was not sent to Union Central for the Union Central

Class 19 secured claim.  Union Central has, however, filed an objection to confirmation of the

Plan raising the question of whether the Plan violates Section 1129(a)(1) of the Bankruptcy Code.

9.      No ballots were returned by any creditors in Class 16(B).

10.     The only two ballots that were returned for Class 16(A) voted in favor of the Plan.

11.     As of October 24, 2013 at 11:30 a.m., Ray Quinney & Nebeker P.C. had received 352 ballots for Class 17.  Four (4) of those ballots voted to "not accept" the Plan, for a total amount of $407,185.57 in Claims voting to "not accept" the Plan (Claim No. 41 for $115,000.00, Claim No. 90 for $140,932.57, Claim No. 520 for $10,000.00, and Claim No. 693 for $141,253.00).

12.     Two (2) of the Class 17 ballots received by Ray Quinney & Nebeker P.C., one (1) for a claim of $853,941.87, and one (1) for a claim of $8,657.50, were signed and returned to Ray Quinney & Nebeker P.C., but did not check the box to "accept" the Plan or the box to "reject" the Plan.

13.     Paragraph 12(a) of the *Order (I) Approving Disclosure Statement with Respect to the Chapter 11 Trustee's Liquidating Plan of Reorganization Dated September 9, 2013, (II) Establishing Voting Record Holder Date, (III) Approving Solicitation Procedures, Form of Ballots, and Manner of Notice, and (IV) Fixing the Deadline for Filing Objections to the Confirmation of the Plan* [Docket No. 1271] (the "**Disclosure Statement Order**") entered by the Court in this Case states:  "Any Ballot that is properly completed, executed and timely returned to the Trustee that does not indicate an acceptance or rejection of the Plan shall be deemed to be a vote to accept the Plan."

14.     Pursuant to the Disclosure Statement Order, the two (2) ballots that were signed and returned to Ray Quinney & Nebeker P.C., but did not check the box to "accept" the Plan or the box to "reject" the Plan, have been counted as votes to "accept" the Plan.

15.     In addition to the votes in favor of the Plan, Victim Causes of Action connected to

the accepting ballots in the total amount of $39,186,623.50 in Claims were assigned (pursuant to

returned ballots) to the Private Actions Trust ("**PAT**") described in Article 6.9 of the Plan.

16.     If the Plan is confirmed, the Trustee reserves the right to solicit additional

assignments of Victims Causes of Action to the PAT.

17.     The total dollar value of the ballots voting to accept the Plan from the voting

Classes is reflected in the following summary:

| Voting Class | Total Class Votes in Favor | Total Class Votes Against | Dollar Amount in Favor | Dollar Amount Against | Accept or Reject Under Section 1126(c)? |
|---|---|---|---|---|---|
| 16(A) | 2 | 0 | $1,720 | $0 | Accept |
| 16(B) | 0 | 0 | 0 | 0 | Accept |
| 17 | 348 | 4 | $40,117,722.87 | $407,185.57 | Accept |

18.     Between October 24, 2013 and October 25, 2013 at 10:00 a.m., Ray Quinney &

Nebeker P.C. received 4 additional ballots for Class 17 that are not included in the foregoing

summary.  All four of those late Class 17 ballots also voted to accept the Plan and assign Victim

Causes of Action to the PAT.  The total voting amounts for those four additional ballots was

$526,231.60.

19.     Ray Quinney & Nebeker P.C. has made inquiry with the office of the Clerk of the

Bankruptcy Court, and has been informed that no ballots were submitted directly to the

Bankruptcy Court.

20.     To the best of my knowledge, the spreadsheets attached hereto as Exhibits A

and B contain an accurate register of all Class 16 and Class 17 ballots received by Ray Quinney

& Nebeker P.C. as of the filing of this Ballot Summary.

21.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge and belief.

EXECUTED this 25th day of October, 2013, at Salt Lake City, Utah.

/s/ Douglas M. Monson
Douglas M. Monson
Counsel for Gil A. Miller, Chapter 11 Trustee of the
Consolidated Estate of Dee Allen
Randall et al., Case No. 10-37546

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2013, the foregoing was electronically filed and therefore served via the Court's electronic noticing system on all electronic filing users in this case.  I further hereby certify that on October 25, 2013, a true and correct copy of the foregoing was served via email delivery to the persons identified below, using the email addresses identified below:

Laurie Cayton, Esq.    -- laurie.cayton@usdoj.gov

J. Thomas Beckett, Esq. -- tbeckett@parsonsbehle.com

Michael S. Coffman, Esq. -- michael_s_coffman@utb.uscourts.gov

/s/ Dianne Burton

1255935.2

# Exhibit A

Class 16 Ballots – Tabulation Report

| Class | Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan |
|-------|---------|---------------------------|----------------|-------------------------|
| 16(A) | 567 | Valentine CPA<br>579 S. Main Street<br>Kaysville, UT  84037 | $1,098.00 | Accept |
| 16(A) | 568 | Valentine CPA<br>579 S. Main Street<br>Kaysville, UT  84037 | $622.00 | Accept |

1252745.02

# Exhibit B

Class 17 Ballots – Tabulation Report

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 17 | Gina Hamlin          (resent 10/17/13 to this address)<br>c/o Heath Snow and S. Eric Wilbanks<br>Bingham Snow<br>253 West St. George Blvd., #100<br>St. George, UT 84770 | $218,592.70 | Accept | Assign |
| 19 | Paul Haas          (Updated address rec'd 10/22/13)<br>P.O. Box 392<br>Glastonbury, CT 06033 | $439,806.91 | Accept | Assign |
| 33 | Pam Stagg & APS IRA 9045 fbo Pam Stagg<br>3375 N. 850 W.          (updated address 10/23/13)<br>Lehi, UT 84043 | $160,000.00 | Accept | Assign |
| 34 | Kirk Strickland<br>769 South Abbey Way<br>Layton, UT 84041 | $151,200.00 | Accept | Assign |
| 35 | Frank and Dorothy Nielson<br>824 E. Lost Ridge Drive<br>Washington, UT 84780 | $42,829.78 | Accept | Assign |
| 36 | Darin Brenchley<br>291 South Florence Circle<br>Fruit Heights, UT 84037 | $118,667.00 | Accept | Assign |
| 38 | Steven & Jeanne Larsen<br>1411 East 2100 North<br>North Logan, UT 84341 | $10,000.00 | Accept | |
| 39 | Clarice Mae Coburn<br>PO Box 198<br>353 N 1st East<br>Driggs, ID 83422 | $30,000.00 | Accept | |
| 40-2 | Jerry Kinyon<br>1207 W. Shashas Way<br>Riverton, UT 84065 | $101,673.72 | Accept | Assign |
| 41 | Equity Trust Company Custodian<br>FBO Eric DiMartino<br>62680 Crimson Dr<br>Washington, MI 48094 | $115,000.00 | Reject | Not Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 43 | Angela Smart<br>1574 Laird Ave<br>Salt Lake City, UT 84105 | $19,660.85 | Accept | Assign |
| 44 | Barbara Milburn<br>5211 Shawnee Avenue<br>Ogden, UT 84403 | $53,723.04 | Accept | Assign |
| 45 | Barbara Boehm<br>619 South 2925 West<br>Syracuse, UT 84075 | $10,000.00 | Accept | Assign |
| 46-2 | Steve Boehm<br>619 South 2925 West<br>Syracuse, UT 84075 | $37,000.00 | Accept | Assign |
| 47-2 | Lee Shepard Gardner   (claim amended 10/4/13 from $32,489.52 to --<br>PO Box 1037<br>Afton, WY 83110 | $105,698.75 | Accept | Assign |
| 49 | Ray Gardner<br>562 W Gentile Street<br>Layton, UT 84041 | $57,000.00 | Accept | Assign |
| 50-2 | Alan Reese Hyer<br>1978 Atlas Cedar Road<br>Eagle Mountain, UT 84005 | $504,627.53 | Accept | Assign |
| 51 | Reid Cox              (Wrong Claim #???)<br>480 East Union Street<br>Manti, UT 84642 | $225,000.00 | Accept | Assign |
| 53-2 | Cathryn Floyd<br>598 North Dalton Avenue<br>Pleasant Grove, UT 84062 | $200,000.00 | Accept | Assign |
| 54 | Carmen Wilson         (Address updated 10/23/13)<br>5674 Scarlet Horizon Ct.<br>Stansbury Park, UT 84074 | $75,167.00 | Accept | Assign |
| 56-2 | Terry Saltas<br>221 South 300 East<br>Copperton, UT 84006 | $106,845.00 | Accept | Assign |
| 57-2 | Bret Tolson<br>725 West 2680 South<br>Nibley, UT 84321 | $81.12 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 58 | Arlene O Provstgaard<br>213 N 200 W<br>Payson, UT 84651 | $44,000.00 | Accept | Assign |
| 59 | Earl & Joye Willoughby<br>90 W 300 S<br>Hyrum UT 84319 | $363,458.76 | Accept | Assign |
| 63 | Ron and Marlene Carroll<br>3233 Blanket Flower Way<br>Lehi, UT 84043 | $905,230.00 | Accept | Assign |
| 64 | Fred & Vera Beckman<br>446 East 8400 South<br>Sandy, UT 84070 | $17,288.22 | Accept | Assign |
| 66 | Robert Tyler Craig<br>2896 East Lookout Drive<br>Eagle Mountain, UT 84005 | $30,015.05 | Accept | Assign |
| 67 | Patrick Dover<br>1523 West 1025 South<br>Layton, UT 84041 | $280,602.05 | Accept | Assign |
| 69 | New Age Technologies/Ford<br>1230 West Fairmont Lane<br>Layton, UT 84041 | $169,250.00 | Accept | Assign |
| 71 | Justin Pederson<br>Attn: M. Darin Hammond<br>4723 Harrison Blvd., Suite 200<br>Ogden, UT 84403 | $290,393.65 | Accept | Assign |
| 72 | Fred & Vera Beckman<br>446 East 8400 South<br>Sandy, UT 84070 | $12,160.19 | Accept | Assign |
| 73 | Glen Poll<br>766 East South Weber Dr<br>South Weber, UT 84405 | $170,000.00 | Accept | Assign |
| 74 | Martin Fujiki<br>1935 North 90 West<br>Orem, UT 84057 | $53,387.12 | Accept | Assign |
| 75 | Bonnie Brinton<br>1935 North 90 West<br>Orem, UT 84057 | $60,469.00 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 76 | James Lindsay<br>Box 510017<br>Mountain Home, UT 84051 | $50,200.15 | Accept | Assign |
| 77 | James Lindsay<br>Box 510017<br>Mountain Home, UT 84051 | $35,000.00 | Accept | Assign |
| 78-2 | Jean Kendell Condie<br>296 E South Weber Dr<br>South Weber, UT 84005 | $17,486.89 | Accept | Assign |
| 79-2 | Thomas Alan Condie<br>296 E South Weber Dr<br>South Weber, UT 84005 | $41,184.28 | Accept | Assign |
| 80 | Darwin & Sharon Jensen<br>135 West 825 North<br>Brigham City ,UT 84302 | $50,000.00 | Accept | Assign |
| 81 | Rick Jensen<br>135 West 825 North<br>Brigham City, UT 84302 | $1,000.00 | Accept | Assign |
| 82 | Nancy Hamberlin<br>607 East 1250 South<br>Springville, UT 84663 | $13,792.00 | Accept | Assign |
| 84 | Gerald & Judy Allred<br>P. O. BOX 441<br>Huntsville, UT 84317 | $93,076.88 | Accept | Assign |
| 87 | C. Dewey Taylor<br>P.O. Box 441<br>Huntsville, UT 84317 | $44,800.00 | Accept | Assign |
| 88 | Gary and Carolyn Morgan<br>1580 East Nichols Road<br>Fruit Heights, UT 84037 | $135,000.00 | Accept | Assign |
| 89 | Craig & Sheri Barratt<br>60 East 760 North<br>American Fork, UT 84003 | $17,000.00 | Accept | Assign |
| 90 | Robert C. Winz<br>5889 Hatton Cr.<br>Murray UT 84107 | $140,932.57 | Reject | |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 91 | Jack Leavitt<br>c/o Lon A. Jenkins<br>Jones Waldo Holbrook & McDonough, PC<br>170 South Main St. Suite 1500<br>Salt Lake City, UT 84101 | $226,420.92 | Accept | Assign |
| 92 | Faye Petersen<br>1026 Belmont Drive<br>Brigham City, UT 84302 | $90,000.00 | Accept | Assign |
| 95 | Terri Matthews<br>30 West 208 South<br>Burley, ID 83318 | $59,208.79 | Accept | Assign |
| 96 | Scott & Gay Searle<br>621 East 600 South<br>Burley, ID 83318 | $27,942.50 | Accept | Assign |
| 97 | Jeannette Nichol<br>217 West 51st Street<br>Loveland, CO 80538 | $101,200.00 | Accept | Assign |
| 98 | Gerald C. Nichol<br>217 West 51st Street<br>Loveland, CO 80538 | $351,641.61 | Accept | Assign |
| 99-2 | Gerald C. Nichol<br>217 West 51st Street<br>Loveland, CO 80538 | $15,000.00 | Accept | Assign |
| 100 | MCCALLSON FAMILY LIVING TRUST<br>4204 South Rowland Dr<br>Salt Lake City, UT 84124 | $187,875.00 | Accept | Assign |
| 104 | Coleen & Donald Bevan<br>95 W Carnesecca Ct<br>Mapleton, UT 84664 | $16,070.00 | Accept | Assign |
| 105 | Donald & Coleen Bevan<br>95 Carnesecca Court<br>Mapleton, UT 84664 | $75,000.00 | Accept | Assign |
| 106 | Donald Bevan<br>95 W. Carnesecca Ct<br>Mapleton, UT 84664 | $9,800.00 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 109-2 | Mary Lou Carroll<br>538 West 40 North<br>Orem, UT 84057 | $33,734.18 | Accept | Assign |
| 113 | Dienst & Ward Revocable Trust<br>Carolyn R Ward, TTEE<br>725-4 Tramway Lane NE<br>Albuquerque, NM 87122 | $43,583.37 | Accept | Assign |
| 114 | Samara Alexis Alina Dienst Irrevocable Trust<br>Carolyn R. Ward, TTEE<br>725-4 Tramway Lane NE<br>Albuquerque, NM 87122 | $22,663.37 | Accept | Assign |
| 115 | Jens Nicholas Alexander Dienst Irrevocable Trust<br>Carolyn R. Ward, TTEE<br>725-4 Tramway Lane NE<br>Albuquerque, NM 87122 | $22,663.37 | Accept | Assign |
| 116 | Chocolate Properties/,Ward<br>725-4 Tramway Lane, NE<br>Albuquerque, NM 87122 | $41,937.50 | Accept | Assign |
| 118 | Dean and Dolores Smith, The Smith Clan<br>Terry C. Smith, Successor Trustee<br>4701 Liberation Dr.<br>Herriman, UT 84096-7764 | $311,250.07 | Accept | Assign |
| 119 | Kent White<br>150 South 320 East<br>Ivins, UT 84738 | $122,949.59 | Accept | Assign |
| 120-2 | JoAnn Harris<br>3689 West 5215 South<br>Taylorsville, UT 84129 | $24,102.30 | Accept | Assign |
| 121 | Stephen & Shauna Eden<br>4724 South 1000 East<br>Ogden, UT 84403 | $3,015.92 | Accept | Assign |
| 122 | Stephen & Shauna Eden<br>4724 South 1000 East<br>Ogden, UT 84403 | $2,968.27 | Accept | Assign |
| 123 | Stephen & Shauna Eden<br>4724 South 1000 East<br>Ogden, UT 84403 | $22,638.89 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 124 | Stephen & Shauna Eden<br>4724 South 1000 East<br>Ogden, UT 84403 | $3,858.70 | Accept | Assign |
| 125 | Stephen & Shauna Eden<br>4724 South 1000 East<br>Ogden, UT 84403 | 17,132.29 | Accept | Assign |
| 126 | Stephen & Shauna Eden<br>4724 South 1000 East<br>Ogden, UT 84403 | $2,419.98 | Accept | Assign |
| 127 | Robert A. & Deana Clark<br>1605 Linden Lane<br>Bountiful, UT 84010 | $66,600.00 | Accept | Assign |
| 128 | Jody & Gennifer Rawlings<br>c/o Hal Armstrong<br>JLJ Law Group, PLLC<br>124 South 400 East, Suite 410<br>Salt Lake City, UT 84111 | $88,924.73 | Accept | Assign |
| 129 | Gennifer Rawlings<br>c/o Hal Armstrong<br>JLJ Law Group, PLLC<br>124 South 400 East, Suite 410<br>Salt Lake City, UT 84111 | $56,260.04 | Accept | Assign |
| 131 | Evelyn Fuhriman       (updated last name and address 10/23/13)<br>758 N. 300 E.<br>Tremonton, UT  84337 | $86,932.10 | Accept | Assign |
| 132 | Reed and Dixe Conger<br>Ericson & Shaw, LLP<br>1047 South 100 West, Suite 190<br>Logan, UT 84321 | $344,663.48 | Accept | Assign |
| 133 | Cheryl F. Davis<br>3401 W. 1000 N.<br>Tremonton, UT  84337 | $59,737.56 | Accept | Assign |
| 134 | G. Frederic Davis<br>3401 W. 1000 N.<br>Tremonton, UT  84337 | $75,842.52 | Accept | Assign |
| 135 | G. Fredric Davis<br>3401 W 1000 N<br>Tremonton, UT 84337 | $139,145.04 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 136 | Wade White<br>1122 North 2450 West<br>Tremonton, UT 84337 | $449,198.50 | Accept | Assign |
| 138-3 | Susan Richins          (rec'd sig. pg. only – no votes)<br>PO Box 145<br>240 West 200 North<br>Henefer, UT 84033 | $8,657.50 | | |
| 140 | Michael Allen<br>7527 Brighton Point Drive<br>Salt Lake City, UT 84121 | $50,000.00 | Accept | Assign |
| 142 | Susan Jacobsen<br>654 East 100 North<br>Bountiful, UT 84010 | $26,000.00 | Accept | Assign |
| 145 | Kathie Leany<br>14242 South Long Ridge Drive<br>Herriman, UT 84065 | $50,000.00 | Accept | Assign |
| 151 | Roger & Susan Tuckett<br>378 South 1530 East<br>Spanish Fork, UT 84660 | $96,467.45 | Accept | Assign |
| 153 | Donald B. & Mary A. Myers Family Trust<br>1114 North 390 West<br>Sunset, UT 84015 | $25,000.00 | Accept | Assign |
| 159 | Johnson Family Trust<br>231 North Emerson Avenue<br>Shelley, ID 83274 | $26,531.25 | Accept | Assign |
| 160-2 | Gary Crump<br>2691 Milo Way<br>Salt Lake City, UT 84117 | $80,815.99 | Accept | Assign |
| 161 | R. Ted McBride<br>392 North 600 East (106-10)<br>Roosevelt, UT 84066 | $594,588.49 | Accept | Assign |
| 162 | Brandi Day<br>5003 Brennen Bend<br>Ammon, ID 83406 | $165,702.56 | Accept | Assign |
| 164 | Judith Miller<br>207 Jacob Ryan Court<br>Brandon, FL 33510 | $61,625.23 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 166 | Louise K. Tobey c/o Olson & Hoggan, P.C. Attn: Miles P. Jensen P.O. Box 525 Logan, UT 84323-0525 | $71,000.00 | Accept | Assign |
| 171 | Arthur Gary Bennett 1105 Crescent Ave Idaho Falls, ID 83402 | $52,446.52 | Accept | Assign |
| 172 | Kurt and Denise Aikele 1053 West 100th North Blackfoot, ID 83221 | $10,375.00 | Accept | Assign |
| 173-2 | Scott Longhurst 220 W. Lomond View Dr. Pleasant View, UT 84414 | $169,952.00 | Accept | Assign |
| 174 | Dennis Frandsen 1524 North 40 East Lehi, UT 84043 | $54,948.25 | Accept | Assign |
| 175 | Dennis Frandsen 1524 North 40 East Lehi, UT 84043 | $65,805.48 | Accept | Assign |
| 177 | Barbara Mitchell Ferguson 41505 Carlotta Dr #520 Palm Desert, CA 92211 | $240,212.90 | Accept | Assign |
| 178-2 | Kevin Bullock 128 Shady Creek Lane Farmington, UT 84025 | $260,666.60 | Accept | Assign |
| 179-2 | Oris Christensen Trust c/o Kevin Bullock 128 Shady Creek Lane Farmington, UT 84025 | $123,750.00 | Accept | Assign |
| 180 | Ray Child 1203 South 1500 East Bountiful, UT 84010 | $101,000.00 | Accept | Assign |
| 181-2 | Bullock Family Trust 128 Shady Creek Lane Farmington, UT 84025 | $625,482.00 | Accept | Assign |

9

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---------|----------------------------|----------------|---------------------------|-----------------------------------------|
| 183 | Baunie F. Nelson<br>362 South Glen Circle<br>Fruit Heights, UT 84037 | $111,500.00 | Accept | Assign |
| 189 | Wayne Gledhill<br>2746 Majestic Ridge Circle<br>Salt Lake City, UT 84121 | $9,773.24 | Accept | Assign |
| 190 | Phillip Selander<br>2135 E Somerset Drive<br>Salt Lake City ,UT 84121 | $240,000.00 | Accept | Assign |
| 191 | Burke C. & Amy Nielsen<br>555 Pheasant Hollow Lane<br>Mendon, UT 84325 | $65,000.00 | Accept | Assign |
| 192 | Pam Stagg & APS IRA 9045 fbo Pam Stagg<br>3375 N. 850 W.          (updated address 10/23/13)<br>Lehi, UT 84043 | $410,000.00 | Accept | Assign |
| 196 | Lynn Harris<br>3670 Gramercy Avenue<br>Ogden, UT 84403 | $21,322.62 | Accept | Assign |
| 197 | Evelyn M Harris<br>3670 Gramercy Ave.<br>Ogden, UT 84403 | $114,630.67 | Accept | Assign |
| 198-2 | Evelyn Harris<br>3670 Gramercy Ave.<br>Ogden, UT 84403-1918 | $37,278.79 | Accept | Assign |
| 199 | Lauri A. Pendleton<br>3675 West 925 North<br>Layton, UT 84041 | $47,400.00 | Accept | Assign |
| 200-2 | Lynn & Evelyn Harris<br>3670 Gramercy Ave<br>Ogden, UT 84403 | $100,000.00 | Accept | Assign |
| 203 | Joseph E. Peterson<br>6474 South Combe Road<br>Uintah, UT 84403 | $5,216.06 | Accept | Assign |
| 204 | Donald R. Petersen<br>125 North 3000 West<br>Delta, UT 84629 | $74,290.38 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 205 | Gary A.K. Clark<br>Gary Clark<br>95 North Paradise Drive<br>Orem, UT 84097 | $54,873.97 | Accept | Assign |
| 209 | John W. Norris<br>2032 Country Club Road<br>Senatobia, MS 38668 | $35,198..33 | Accept | Assign |
| 210 | Monte & Carolyn Lewis<br>1658 South Rio Virgin Drive<br>Washington, UT 84780 | $60,000.00 | Accept | Assign |
| 214 | Randy Fisher<br>732 East 300 North<br>North Salt Lake, UT 84054 | $160,000.00 | Accept | Assign |
| 215 | Irene H. Pratt<br>c/o Monte Pratt<br>581 Circle Drive<br>Oroville, CA 95966 | $633,514.73 | Accept | Assign |
| 216 | Vern & Marilyn Duffin<br>c/o Stephen K. Christiansen<br>Van Cott, Bagley, Cornwall & McCarthy<br>36 South State Street, Suite 1900<br>Salt Lake City, UT 84111-1478 | $60,429.00 | Accept | Assign |
| 219 | Larry D. Stevens<br>1319 Abby Court<br>Idaho Falls, ID 83402 | $188,824.02 | Accept | Assign |
| 220 | Jacalyn A. Stevens<br>1319 Abby Court<br>Idaho Falls, ID 83402 | $30,917.97 | Accept | Assign |
| 221 | Julie Hiatt<br>c/o Matthew D. Ekins<br>Gallian Wilcox Olson & Beckstrom, L.C.<br>965 East 700 South Suite 305<br>St. George, UT 84790 | $50,000.00 | Accept | Assign |
| 228 | Gay L. Searle<br>621 East 600 South<br>Burley, ID 83318 | $14,394.62 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---------|---------------------------|----------------|-------------------------|----------------------------------------|
| 234 | Frank & Dorothy Nielson 4424 S. Century Dr. Murray, UT 84123 | $185,500.00 | Accept | Assign |
| 241 | Paul Wunderlin 10828 Beaver Road Oak Run, CA 96064 | $38,744.54 | Accept | Assign |
| 242 | Kathryn Grimes 10828 Beaver Road Oak Run, CA 96096, | $39,306.72 | Accept | Assign |
| 247 | Frank & Dorothy Nielson 4424 S. Century Dr. Murray, UT 84123 | $117,959.00 | Accept | Assign |
| 249 | Joseph E. Peterson 6474 South Combe Road Uintah, UT 84403 | $111,250.00 | Accept | Assign |
| 257 | Paul L. Tanner Special Needs Trust c/o Alexis G. Tanner, Trustee 610 South 1350 East Fruit Heights, UT 84037-2794 | $75,640.00 | Accept | Assign |
| 258 | Gerald Vigil 145 West 100 South Tooele, UT 84074-2051 | $12,216.29 | Accept | Assign |
| 259 | Gerald Vigil 145 West 100 South Tooele, UT 84074-2051 | $1,142.60 | Accept | Assign |
| 260 | Sally M. Brown 1433 English Holly CT South Jordan, UT 84095 | $68,500.00 | Accept | Assign |
| 261 | Chris Fonnesbeck P.O. BOX 72 Riverside, UT 84334 | $275,213.25 | Accept | |
| 262 | Cindy P. Fonnesbeck P.O. Box 72 Riverside, UT 84334 | $23,538.12 | Accept | Assign |
| 263 | Allen & Pat Clements 1034 E Silver Falls Drive Washington, UT 84780 | $276,853.83 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 264 | Brett Hancey<br>717 East 350 South<br>River Heights, UT 84321 | $46,854.17 | Accept | Assign |
| 267 | Jeanne D.,Jackman<br>2610 West 10950 South<br>South Jordan, UT 84095 | $25,000.00 | Accept | Assign |
| 269 | Simon Sanders<br>1404 Allison Drive<br>Loveland, CO 80538 | $652,757.00 | Accept | Assign |
| 270 | Mitchell Pendleton<br>3675 West 925 North<br>Layton, UT 84041 | $45,792.00 | Accept | Assign |
| 272 | Roger & Norene Vink<br>c/o of Tyler T. Todd, Attorney<br>1173 South 250 West, Suite 311<br>St. George, UT 84770 | $270,000.00 | Accept | Assign |
| 281 | Jay & Maureen Scott<br>5514 South 150 East<br>Ogden, UT 84405 | $107,640.00 | Accept | Assign |
| 288 | Joseph & Peggy Peterson<br>6474 South Combe Rd<br>Ogden, UT 84403 | $89,990.92 | Accept | Assign |
| 289 | Brent Milne<br>5712 South 800 West<br>Murray, UT 84123 | $176,099.94 | Accept | Assign |
| 291 | Claudia Sanchez<br>1138 North Las Entradas Drive<br>Washington, UT 84780 | $61,166.14 | Accept | Assign |
| 292 | Benny L. Sanchez<br>1138 No. Las Entradas Dr.<br>Washington, UT 84780 | $67,978.94 | Accept | Assign |
| 295 | Lorree Farnes<br>42 South 300 West<br>Bountiful, UT 84010 | $97,019.75 | Accept | Assign |
| 296 | Wayne Hansen<br>2577 Canterwood Drive<br>South Jordan, UT 84095 | $94,871.20 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 300 | Joan Stewart<br>5004 Wasatch Court<br>Ogden, UT 84403 | $50,000.00 | Accept | Assign |
| 302 | Gwen Oakeson<br>2311 South Linda Way<br>Perry, UT 84302 | $62,750.00 | Accept | Assign |
| 303 | Michael and Lisa Davis<br>c/o Scott M. Petersen and David R. Hague<br>FABIAN & CLENDENIN<br>215 S. State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | $287,504.98 | Accept | Assign |
| 304 | Lisa A. Davis IRA<br>c/o Scott M. Petersen and David R. Hague<br>FABIAN & CLENDENIN<br>215 S. State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | $24,914.54 | Accept | Assign |
| 305 | Michael Davis IRA<br>c/o Scott M. Petersen and David R. Hague<br>FABIAN & CLENDENIN<br>215 S. State Street, Suite 1200<br>Salt Lake City, UT 84111-2323 | $33,976.98 | Accept | Assign |
| 306 | James Eaquinto<br>P.O. BOX 214<br>Sunnyside, UT 84539 | $39,264.81 | Accept | Assign |
| 307 | Randy Gunderson<br>8788 South 2240 West<br>West Jordan, UT 84088 | $81,702.49 | Accept | Assign |
| 308 | Donald Adams<br>1314 North Georgia Avenue<br>Harrisville, UT 84404 | $100,000.00 | Accept | Assign |
| 313 | Louis & Annette Stevens<br>1015 South West Hoytsville Road<br>Coalville, UT 84017 | $26,861.91 | Accept | Assign |
| 316 | Kay Darrell Smith IRA<br>c/o Kay Darrell Smith<br>2070 Kramer Drive<br>Sandy UT 84092 | $137,224.66 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 319-2 | The Kristina McGuire Living Trust ($853,941.87)<br>2115 Dallin Street<br>Salt Lake City UT 84109-1116 | $853,941.87 | | Not Assign |
| 319-2 | The Boyce Family Living Trust ($250,198.13)<br>2115 Dallin Street<br>Salt Lake City UT 84109-1116 | $250,198.13 | Accept | Assign |
| 323 | Jaci N. Smith<br>c/o Kay Darrell Smith<br>2070 East Kramer Drive<br>Sandy, UT 84092 | $13,260.00 | Accept | Assign |
| 328 | Richard Brown<br>4011 South Main Street<br>Nibley, UT 84321 | $316,557.42 | Accept | Assign |
| 333 | Eric Brown<br>4011 South Main Street<br>Nibley, UT 84321 | $6,350.00 | Accept | Assign |
| 334-2 | Mary Lynne Sargent IRA<br>Mary Lynne Sargent<br>569 Grand Oaks Drive<br>Fruit Heights, UT 84037 | $81,088.00 | Accept | Assign |
| 335 | Claudene B. Willmore<br>Trustee for Benjamin R Willmore<br>2816 West 4400 South<br>Roy, UT 84067 | $8,157.50 | Accept | Assign |
| 336 | Claudene B. Willmore<br>Trustee for Jason G Willmore<br>2816 West 4400 South<br>Roy, UT 84067 | $9,412.50 | Accept | Assign |
| 339 | Claudene B. Willmore<br>Trustee for Kaylee Ann Willmore<br>2816 West 4400 South<br>Roy, UT 84067 | $6,902.50 | Accept | Assign |
| 340 | Jeff & Claudene Willmore<br>2816 West 4400 South<br>Roy, UT 84067 | $126,630.00 | Accept | Assign |
| 342 | Julie Hiatt<br>1446 East Cobblestone Lane<br>St. George, UT 34790-8551 | $50,000.00 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---------|---------------------------|----------------|-------------------------|-----------------------------------------|
| 343-2 | Gary A. Sargent<br>569 Grand Oaks Drive<br>Fruit Heights, UT 84037 | $69,932.00 | Accept | Assign |
| 345 | Gary A. Sargent<br>569 Grand Oaks Drive<br>Fruit Heights, UT 84037 | $14,836.00 | Accept | Assign |
| 346 | Stephen & Nancy Williams<br>1175 North 475 East<br>Orem, UT 84057 | $31,000.00 | Accept | Assign |
| 347 | Gary A. Sargent<br>569 Grand Oaks Drive<br>Fruit Heights, UT 84037 | $96,587.00 | Accept | Assign |
| 348 | Jonathan Smith<br>P.O. BOX 22<br>Fielding, UT 84311 | $65,916.46 | Accept | |
| 349 | Vern Peek<br>898 East 7240 South<br>South Weber, UT 84405 | $27,333.00 | Accept | Assign |
| 350 | John Gilbert<br>42 South 300 West<br>Richmond, UT 84333 | $31,931.09 | Accept | Assign |
| 354 | Farel Sorensen, 29 Family Partnership<br>Derek Lamb<br>809 West 2175 North<br>Layton UT 84041 | $29,250.00 | Accept | Assign |
| 359 | Gary A. Sargent<br>569 Grand Oaks Drive<br>Fruit Heights, UT 84037 | $63,239.00 | Accept | Assign |
| 360 | Timothy A. Smith<br>744 North 500 West<br>American Fork, UT 84003 | $21,875.80 | Accept | Assign |
| 363 | Margaret McKnight<br>4784 West Old Church Court<br>West Jordan, UT 84084 | $28,500.00 | Accept | Not Assign |
| 364 | Sheri L. Smith<br>744 North 500 West<br>American Fork, UT 84003 | $140,318.27 | Accept | Assign |

16

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 365 | Paul Adams<br>10052 U.S. Highway<br>Brookville, IN 47012 | $52,369.00 | Accept | Assign |
| 366 | Jeffrey Curtis<br>12548 S. Moonlite Hill Ct<br>Herriman, UT 84065, | $100,000.00 | Accept | |
| 367 | Paul F. Pritchett<br>3384 South Hackberry Lane<br>Magna, UT 84044 | $22,227.20 | Accept | |
| 368 | Mary Ellen Butler<br>13710 North 6000 West<br>Garland, UT 84312 | $85,591.26 | Accept | Assign |
| 372 | Scot D. Weaver<br>205 North Red Slide Dr<br>Wellsville, UT 84339 | $18,755.18 | Accept | Assign |
| 373 | Lisa Weaver<br>205 N. Red Slide Drive<br>Wellsville, UT 84339 | $31,277.00 | Accept | Assign |
| 374 | Ray A. Peek<br>950 East South Weber Dr<br>South Weber UT 84405 | $30,100.71 | Accept | Assign |
| 375 | Gordon & Shelley Turnbow<br>105 Southpoint Boulevard<br>Idaho Falls, ID 83404 | $60,000.00 | Accept | Assign |
| 376 | Gordon & Shelley Turnbow<br>105 Southpoint Boulevard<br>Idaho Falls, ID 83404 | $22,000.00 | Accept | Assign |
| 377 | Gordon & Shelley Turnbow<br>105 Southpoint Boulevard<br>Idaho Falls, ID 83404 | $20,983.72 | Accept | Assign |
| 379 | Don & Beth Wilson<br>887 East 7240 South<br>South Weber, UT 84405 | $21,333.00 | Accept | Assign |
| 380 | PEEK FARMS<br>887 East 7240 South<br>South Weber, UT 84405 | $56,000.00 | Accept | Assign |

17

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 381 | LueAnn Hjelm<br>Box 118<br>Basalt, ID 83218 | $12,546.00 | Accept | Assign |
| 383 | Larry Olsen<br>6597 South 2400 West<br>Mt. Sterling, UT 84339 | $505,000.00 | Accept | Assign |
| 385 | Bryan & Valerie Peterson   (Updated ZIP 10/23/13)<br>5152 Leila Lane<br>Herriman, UT 84096 | $8,000.00 | Accept | Assign |
| 386 | Tamara Hill<br>1744 North Skyline Drive<br>Orem, UT 84097 | $84,790.00 | Accept | Assign |
| 387 | Tony & Julie Cook<br>176 South 300 East<br>Lindon, UT 84042 | $109,089.15 | Accept | Assign |
| 388 | Allen & Jane Jaggi<br>P. O. Box 326<br>Lyman, WY 82937 | $204,894.83 | Accept | Assign |
| 389 | Brent & Karolyn Holland<br>920 West Elva<br>Idaho Falls, ID 83402 | $86,664.44 | Accept | |
| 393 | William D. Crowl<br>652 North 3000 West<br>Hurricane, UT 84737 | $171,047.28 | Accept | Assign |
| 394 | Nancy A. Crowl<br>652 N. 3000 West<br>Hurricane, UT 84737 | $15,739.46 | Accept | Assign |
| 395 | Geneil Vigil<br>145 West 100 South<br>Tooele, UT 84074 | $11,641.11 | Accept | Assign |
| 396 | Shirley Swapp<br>1244 North 75 West<br>Layton, UT 84041 | $125,000.00 | Accept | Assign |
| 398 | Christie Oss<br>1294 South 420 West<br>Salem, UT 84653 | $120,988.40 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 399 | Brent L. Handy & Joan B. Handy<br>863 E. Draper Rd.<br>Sandy, UT 84094 | $25,000.00 | Accept | Assign |
| 411 | Ericson & Shaw, LLP; Lola Ann Blaine aka Lola Luke<br>1047 South 100 West, Suite 190<br>Logan, UT 84321 | $300,000.00 | Accept | Assign |
| 412 | Ericson & Shaw, LLP; Mary Jean Thompson<br>1047 South 100 West, Suite 190<br>Logan, UT 84321 | $50,000.00 | Accept | Assign |
| 413 | Ericson & Shaw, LLP; Royce B. Thompson<br>1047 South 100 West, Suite 190<br>Logan, UT 84321 | $55,873.10 | Accept | Assign |
| 414 | Melvin Christensen<br>412 East 10185 South<br>Sandy, UT 84070 | $116,257.71 | Accept | Assign |
| 415 | Melvin Christensen<br>412 East 10185 South<br>Sandy, UT 84070 | $57,810.33 | Accept | Assign |
| 417 | Mark & Heidi Jaggi<br>3991 State Hwy 414 North<br>Lyman, WY 82937 | $366,342.00 | Accept | Assign |
| 419 | Linda Diane Dixon<br>71 West 300 North<br>North Salt Lake, UT 84054 | $40,000.00 | Accept | Not Assign |
| 420 | Brent Gibson<br>13109 Golden Way<br>Poway, CA 92064 | $40,000.00 | Accept | Assign |
| 421 | Brent Gibson; Clyde H. Gibson Family Trust<br>13109 Golden Way<br>Poway, CA 92064 | $66,500.00 | Accept | Assign |
| 422 | Brent Gledhill<br>245 North Vine Street #505<br>Salt Lake City ,UT 84103 | $79,854.06 | Accept | Assign |
| 424 | James Terry Brown<br>7235 West 3100 South<br>Magna, UT 84044-1517 | $53,490.90 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 432 | Anne Jacobs<br>P.O. BOX 410043<br>Pinesdale, MT 59841 | $125,000.00 | Accept | Assign |
| 435 | Christian D. Jensen; Cleo Annn G Jensen (deceased)<br>2 Finch<br>Littleton, CO 80127 | $28,602.76 | Accept | Assign |
| 438 | Chauncey Robert Boyington<br>394 East 100 South<br>Manti, UT 84642 | $18,229.79 | Accept | Assign |
| 439 | Chauncey & Catherine Boyington<br>394 East 100 So.<br>Manti, UT 84642 | $34,000.00 | Accept | Assign |
| 440 | Catherine M. Boyington<br>394 East 100 So.<br>Manti, UT 84642 | $160,025.00 | Accept | Assign |
| 442 | Pauline Thompson<br>1716 North 650 East<br>Ogden, UT 84414 | $39,080.22 | Accept | Assign |
| 443 | Darryl Hafen<br>677 Morning Glory<br>Santa Clara, UT 84765 | $98,054.00 | Accept | Assign |
| 445 | Jana Hoyle<br>3656 South DeAnn Drive<br>West Valley City, UT 84128 | $55,000.00 | Accept | Assign |
| 453 | Roy V. Allen<br>2526 Olympus Dr.<br>Salt Lake City UT 84124 | $100,000.00 | Accept | Assign |
| 454 | Eldon C. Romney<br>9011 Enchanted Oak Lane<br>Sandy UT | $10,339.76 | Accept | Assign |
| 455 | Robert & Linda Timothy<br>425 North First East<br>Montpelier, ID 83254 | $22,610.14 | Accept | |
| 456 | Judith G. Allen<br>2526 Olympus Drive<br>Salt Lake City UT 84124 | $175,000.00 | Accept | Assign |

20

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 457 | Conrad & Keri Savage<br>17552 West 1750 North<br>Fairfield, UT 84013-9606 | $50,000.00 | Accept | Assign |
| 459 | Aaron & Meghann Gelter<br>6974 West 7895 South<br>West Jordan, UT 84081 | $10,000.00 | Accept | Assign |
| 461 | Dixie Stucki<br>355 East 3550 North<br>Ogden, UT 84414 | $1,685.11 | Accept | Assign |
| 463 | W. Reid Hansen<br>830 South Links Drive<br>Washington, UT 84780 | $517,857.18 | Accept | Assign |
| 465 | Dixie Stucki<br>355 East 3550 North<br>Ogden, UT 84414 | $17,311.43 | Accept | Assign |
| 467 | Chad & Susan Teichert<br>2846 Birdie Thompson<br>Pocatello, ID 83201 | $80,767.46 | Accept | Assign |
| 469 | Jean Perkins<br>3373 Canyon Creek Dr.<br>Salt Lake City, UT 84121 | $60,000.00 | Accept | Assign |
| 471 | Roy L. Vigil<br>578 North 430 East<br>Tooele, UT 84074 | $100,000.00 | Accept | Assign |
| 472 | Allen & Carol Todd<br>5114 South 1130 West<br>Taylorsville, UT 84123 | $227,410.39 | Accept | Assign |
| 473 | Shael Stinger<br>345 South 250 West<br>Providence, UT 84332 | $6,224.37 | Accept | Assign |
| 476 | Gary Bird<br>345 South 250 West<br>Providence, UT 84332 | $12,224.18 | Accept | Assign |
| 477 | Janalee Stinger<br>345 South 250 West<br>Providence, UT 84332 | $226,065.41 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 479 | Michael Muir<br>2547 Perschon Circle<br>Riverton, UT 84065 | $35,000.00 | Accept | Assign |
| 482 | Suzanne Harrison<br>3812 West 1975 North<br>Ogden, UT 84404 | $95,674.90 | Accept | Assign |
| 483 | W. Lane Harrison<br>3812 West 1975 North<br>Ogden, UT 84404 | $240,040.22 | Accept | Assign |
| 484 | George and Renee Bennett<br>155 East 100 North<br>Coalville, UT 84017 | $17,137.50 | Accept | Assign |
| 488 | Rhoda Bowen/Coleen Bevan<br>95 W. Carnesecca Court<br>Mapleton, UT 84664 | $44,301.11 | Accept | Assign |
| 490 | Cecilia Salazar<br>233 Hometown Court<br>Tooele, UT 84074 | $35,000.00 | Accept | Assign |
| 491 | Nancy Anderson<br>746 West Essex Street<br>Washington, UT 84780 | $475,000.00 | Accept | Assign |
| 492 | Laura Doty<br>P. O. BOX 326<br>Springdale, UT 84767 | $15,621.94 | Accept | Assign |
| 493 | Troy G. Watson Sr. & Kalynn Watson<br>1045 North 200 East<br>Lehi, UT 84043-1267 | $57,308.31 | Accept | Assign |
| 501 | Gary Hone<br>330 West Center St<br>Fillmore, UT 84631 | $65,000.00 | Accept | Assign |
| 502 | Connie Jensen-Conlee<br>1024 East 760 South<br>Orem, UT 84097 | $103,160.58 | Accept | Assign |
| 508 | Stephen Stringham<br>1499 East 525 North<br>Layton, UT 84040 | $4,757.91 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 514 | Joshua Dee Gibson<br>1400 NW 172nd St.<br>Edmond OK 73012 | $38,359.60 | Accept | Assign |
| 520 | Dana Torres         (received a dup. ballot 10/23/13 Accepting and<br>4680 South 1100 East          assigning – signed by Nick Bartetzko)<br>Ogden, UT 84403 | $10,000.00 | Reject | Not Assign |
| 522 | Craig Hafen<br>4347 Golf Circle<br>South Jordan, UT 84095 | $100,000.00 | Accept | Assign |
| 527 | Carl & Karissa Stucki<br>4447 S. 4575 W.<br>West Haven, UT 84401 | $16,646.54 | Accept | Assign |
| 528 | Brent Bates<br>875 E Silverado Ranch Blvd, Apt 2021<br>Las Vegas, NV 89183 | $100,000.00 | Accept | Assign |
| 530 | Linda Christiansen<br>6600 South 1800 West<br>Hyrum, UT 84319 | $223,626.11 | Accept | Assign |
| 531 | Linda Christiansen<br>6600 South 1800 West<br>Hyrum, UT 84319 | $50,000.00 | Accept | Assign |
| 532 | Linda Christiansen<br>6600 South 1800 West<br>Hyrum, UT 84319 | $110,772.23 | Accept | Assign |
| 537 | David Nielson<br>1370 Golden Circle Drive<br>Fruit Heights, UT 84037 | $251,707.00 | Accept | Assign |
| 538 | Gwen Hayes<br>2855 So Morgan Valley Drive<br>Morgan, UT 84050 | $318,305.00 | Accept | Assign |
| 542 | Lynn H. & Jennifer Shaw<br>4207 South Deno Drive<br>West Valley City, UT 84120 | $120,290.51 | Accept | Assign |
| 543 | Richard & Marion Boyington<br>4589 South 3380 West<br>West Valley City ,UT 84119-5733 | $58,321.40 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 544 | Ladd Timpson<br>1212 South 1000 East<br>Spanish Fork, UT 84660 | $59,375.00 | Accept | Assign |
| 545 | Ladd & Jody Timpson<br>1212 South 1000 East<br>Spanish Fork, UT 84660 | $27,000.00 | Accept | Assign |
| 547 | Ladd & Jody Timpson<br>1212 South 1000 East<br>Spanish Fork, UT 84660 | $27,333.36 | Accept | Assign |
| 550 | Susan A, Bell<br>767 West Hwy 39<br>Blackfoot, ID 83221-5304 | $176,500.00 | Accept | Assign |
| 552 | Junnie Shiotani<br>6049 S. Bridges Ln<br>Murray, UT 84121 | $98,782.85 | Accept | Assign |
| 553 | Dianne Call<br>1541 No Cherry Lane<br>Layton, UT 84040 | $30,499.91 | Accept | Assign |
| 555 | Dianne Call<br>1541 No Cherry Lane<br>Layton, UT 84040 | $93,724.96 | Accept | Assign |
| 556 | Boyd Call<br>1541 No Cherry Lane<br>Layton, UT 84040 | $48,776.51 | Accept | Assign |
| 557 | Boyd Call<br>1541 No Cherry Lane<br>Layton, UT 84040 | $350,000.00 | Accept | Assign |
| 558 | Douglas & Karen Firkins<br>8685 South 1300 West<br>West Jordan, UT 84088 | $43,919.76 | Accept | Assign |
| 560 | Abigail Moneyhun Living Trust<br>c/o Stanford B. Owen, Attorney<br>2174 East Parkway Avenue<br>Salt Lake City, UT 84109 | $662,449.82 | Accept | Assign |
| 563 | The Jean Ann Luck Revocable Trust<br>Jean Ann Luck, Trustee<br>2052 East 3780 South<br>Salt Lake City, UT 84109 | $160,000.00 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 564 | Lamar & Jean Ann Luck<br>2052 East 3780 South<br>Salt Lake City, UT 84109 | $200,000.00 | Accept | Assign |
| 566 | Van Gibson<br>13930 South Brougham Dr<br>Olathe, KS 66062 | $32,820.67 | Accept | Assign |
| 569 | Rolland & Louise Sorensen<br>10128 South 3265 West<br>South Jordan, UT 84095 | $92,739.84 | Accept | Assign |
| 571 | Herman Jack Heier<br>1007 Country Rd.<br>Idaho Falls, ID 83402 | $6,246.66 | Accept | Assign |
| 572 | Georgia E. Heier<br>1007 Country Rd.<br>Idaho Falls, ID 83402 | $6,853.53 | Accept | Assign |
| 577 | Venina Petersen    (updated address 10/22/13)<br>1893 W. Western Charm Drive<br>Riverton, UT 84065 | $850,000.00 | Accept | Assign |
| 578 | Ruth Mayhew<br>3990 West 2200 North<br>Plain City, UT 84404 | $20,000.00 | Accept | Assign |
| 579 | Julia Currey<br>4001 Sherwood Drive<br>Provo, UT 84604 | $45,900.00 | Accept | Assign |
| 581 | Blair J. Allen<br>8495 Terrace Dr.<br>Sandy, UT 84093 | $25,000.00 | Accept | Assign |
| 585 | Edward Lueders<br>6807 Buena Vista<br>Ogden, UT 84405 | $89,971.78 | Accept | Assign |
| 589 | F. Alan Walker<br>12019 Camas St.<br>Boise, ID 83709 | $24,355.34 | Accept | Assign |
| 590 | Brady Field<br>2030 South Main Street #112<br>Bountiful, UT 84010 | $7,137.67 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 602 | Marlene Carroll<br>3233 Blanket Flower Way<br>Lehi, UT 84043 | $57,694.90 | Accept | Assign |
| 604 | Jeffrey Gordon Willmore<br>2816 W. 4400 S.<br>Roy, UT 84067 | $17,668.05 | Accept | Assign |
| 605 | Ronald G. Carroll<br>3233 Blanket Flower Way<br>Lehi, UT 84043 | $73,513.05 | Accept | Assign |
| 607 | Lorin Mortensen<br>251 South 830 East<br>Smithfield, UT 84335 | $36,193.50 | Accept | Assign |
| 609 | Michael Schumacher<br>3134 S Bloomington Hills Dr<br>St. George, UT 84790 | $142,786.00 | Accept | Assign |
| 629 | Craig E. Carroll<br>3211 N. Millcreek Rd<br>Pleasant Grove, UT 84062 | $10,000.00 | Accept | Assign |
| 631 | Craig E. Carroll<br>3211 N. Millcreek Rd<br>Pleasant Grove, UT 84062 | $95,166.94 | Accept | Assign |
| 632 | Craig E. Carroll<br>3211 N. Millcreek Rd<br>Pleasant Grove, UT 84062 | $24,744.93 | Accept | Assign |
| 633 | Craig E. Carroll; Takin' Time<br>3211 N. Millcreek Rd<br>Pleasant Grove, UT 84062 | $200,000.00 | Accept | Assign |
| 634 | Craig E. Carroll; Craig & Robin Family<br>3211 N. Millcreek Rd<br>Pleasant Grove, UT 84062 | $340,000.00 | Accept | Assign |
| 660 | Blane Wilson<br>3538 Hawthorne Dr.<br>Elko, NV  89801 | $146,565.92 | Accept | Assign |
| 663 | Jewel Christensen<br>2215 Carolyn Way<br>Bountiful, UT 84010, | $350,000.00 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 671 | Danita Hooper<br>634 South 1200 East<br>Mapleton, UT 84664 | $1,838,800.29 | Accept | Assign |
| 676 | Jim & Cheryl Higbee<br>26 West Bradley<br>Centerville, UT 84014 | $24,000.00 | Accept | Assign |
| 687 | Victor H. Wright<br>710 North 900 East<br>Pleasant Grove, UT  84062 | $24,443.49 | Accept | Assign |
| 693 | Carol Johnson<br>3510 Honda Avenue<br>West Valley City, UT  84119 | $141,253.00 | Reject | Not Assign |
| 704 | Doris Anderson<br>14679 South 1630 West<br>Bluffdale, UT 84065 | $174,829.58 | Accept | Assign |
| 707 | Leslie Erdman<br>9744 Sage Thrasher Circle<br>Elk Grove, CA 95757 | $219,625.00 | Accept | Assign |
| 713 | Genie Carver<br>2209 N. 700 W.<br>Layton, UT  84041 | $36,331.23 | Accept | Assign |
| 723 | Thomas Provstgaard<br>213 N. 200 W.<br>Payson, UT 84651 | $51,797.58 | Accept | Assign |
| 742 | Linda Christiansen<br>6600 South 1800 West<br>Hyrum, UT 84319 | $223,344.81 | Accept | Assign |
| 756 | Eugene & LaRae Baker<br>1889 W Kirkham Way<br>Taylorsville, UT 84129 | $30,431.34 | Accept | Assign |
| 761 | Wade Lemon<br>235 S. 100 W.<br>PO Box 222<br>Holden, UT 84636 | $83,084.68 | Accept | Assign |
| 770 | Roy Craft #3657<br>Roy L. Craft<br>10502 E. Bluestem<br>Wichita, KS 67207 | $11,244.56 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 777 | Betty Marcus<br>305 E. 100 N.<br>Brigham City, UT 84302 | $12,725.58 | Accept | Assign |
| 790 | Madean Lemon<br>235 S. 100 W.<br>PO Box 222<br>Holden, UT 84636 | $52,047.57 | Accept | Assign |
| 792 | Matthew Vincent<br>1516 Wharton St.<br>Philadelphia, PA 19146 | $36,497.42 | Accept | Assign |
| 806-2 | Mary Lou Carroll<br>538 West 40 North<br>Orem, UT, 84057 | $39,993.75 | Accept | Assign |
| 811 | Darnel Tippetts<br>1974 W. 500 S.<br>Vernal, UT 84078 | $238,906.04 | Accept | Assign |
| 813 | Arnold Stringham<br>11342 Carrie Rim Circle<br>South Jordan, UT 84095 | $388,788.00 | Accept | Assign |
| 837 | Gordon V. Christensen<br>5316 S. 750 E.<br>Ogden, UT 84405 | $56,111.49 | Accept | Assign |
| 840 | Vicki Lynne Fonnesbeck<br>15380 N.E. Canal Rd.<br>Howell, UT 84316 | $36,709.52 | Accept | Assign |
| 842 | Dennis Wells<br>599 James St.<br>Clearfield, UT  84015 | $110,422.63 | Accept | Assign |
| 845 | Paul Taylor<br>380 S. Stirling Dr.<br>Fruit Heights, UT  84037 | $59,946.68 | Accept | Assign |
| 857 | Patricia Clements<br>1034 E. Silver Falls Dr.<br>Washington, UT 84780 | $56,855.70 | Accept | Assign |
| 867-2 | Karissa Stucki<br>4447 South 4575 West<br>West Haven, UT 84401 | $3,456.43 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---------|---------------------------|----------------|--------------------------|----------------------------------------|
| 868-2 | Carla Jellings<br>1332 3rd Street<br>Ogden, UT 84404 | $17,876.73 | Accept | Assign |
| 880 | Nathan & Kaycie Deem<br>732 East 600 South<br>Brigham City, UT 84302 | $6,015.61 | Accept | Assign |
| 884 | Christopher McIntyre<br>4204 West 4450 South<br>West Haven, UT 84401 | $126,515.19 | Accept | Assign |
| 894 | B. Kent Bladen<br>1662 West 9000 South<br>West Jordan, UT  84088 | $94,523.82 | Accept | Assign |
| 909 | Grant Nelson<br>1149 South 7th West<br>Sugar City, ID  83448 | $36,956.99 | Accept | Assign |
| 918 | Colleen Tolley<br>522 South 120 East<br>Smithfield, UT  84335 | $67,902.13 | Accept | Assign |
| 937 | Trudie Paterson<br>1450 East Liberty Ln.<br>Heber City, UT  84032 | $36,073.39 | Accept | Assign |
| 960 | Shane Hansen<br>3800 Otter Trail<br>Idaho Falls, ID 83404 | $4,889.91 | Accept | Assign |
| 984 | LeGrand Hafen & LuJanna Hafen<br>c/o Terry L. Hutchinson<br>1224A South River Road, Suite 105<br>St. George, UT 84790 | $254,762.17 | Accept | Assign |
| 985 | Verna Southers<br>157 West 200 South<br>Hurricane, UT 84737 | $58,628.57 | Accept | Assign |
| 990 | Dr David R Warden Jr & Mary Lou Warden<br>c/o Deanna Lasker, Attorney at Law<br>PO Box 37<br>Kaysville, UT 84037 | $132,983.73 | Accept | Assign |
| 996 | Lisa Winter<br>4776 N. Tattenham Way<br>Boise, ID 83713 | $104,380.83 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 1003 | American Pension Services Inc. Administrator for Russel Paul Allen #10106 4168 W 12600 S, Suite 300 Riverton, UT 84096 | $27,076.72 | Accept | Assign |
| 1010 | Beverly Ann Buckway-Rosales 791 San Simean Way Bountiful, UT 84010 | $130,000.00 | Accept | Assign |
| 1012 | Kaycie Deem 732 E 600 S Brigham UT 84302 | $10,473.77 | Accept | Assign |
| 1016 | Victoria B Elizondo 996 Oxford Dr Ogden, UT 84403 | $10,491.48 | Accept | Assign |
| 1018 | Kent & Jean Jensen 543 North 100 West Brigham City, UT 84302 | $93,345.00 | Accept | Assign |
| 1020 | Dee or Faith Stapley 735 E. Apache Dr Washington, UT 84780 | $200,000.00 | Accept | |
| 1025 | Jennifer Shaw 4207 S. Deno Drive West Valley City, UT  84120 | $32,148.50 | Accept | Assign |
| 1037 | Konel Banner 638 West 4275 South Riverdale, UT 84405 | $160,000.00 | Accept | Assign |
| 1053 | Calvin G. Osborn Revocable Trust c/o Scott L. Osborne      (updated address 10/22/13) 10156 S. Chattel Cir. Riverton, UT 84095 | $157,891.88 | Accept | Assign |
| 1054 | Bryce Osborne c/o Scott L. Osborne Osborne      (updated address 10/22/13) 10156 S. Chattel Cir. Riverton, UT 84095 | $12,938.13 | Accept | Assign |
| 1055 | Scott L. Osborne and Denise Osborne c/o Scott L. Osborne      (updated address 10/22/13) 10156 S. Chattel Cir. Riverton, UT 84095 | $99,379.79 | Accept | Assign |

| Claim # | Creditor Name and Address | Voting Amounts | Accepts or Rejects Plan | Assigns Rights – Private Actions Trust |
|---|---|---|---|---|
| 1057 | William Bacon<br>3853 North 370 West<br>Provo, UT 84604 | $390,277.00 | Accept | |
| 1063 | Susan Heun<br>357 Fourth Street<br>Ogden, UT 84404 | $9,844.37 | Accept | Assign |
| 1068 | William P Barnes<br>5881 Sierra Drive<br>Mountain Green, UT 84050 | $25,000.00 | Accept | Assign |
| 1069 | Bret E. Frodsham<br>1174 S 800 E<br>Kaysville, UT 84037 | $104,384.00 | Accept | Assign |
| 1070 | Leland R. Thompson<br>687 East 100 North<br>PO Box 816<br>Ephraim, UT 84627-0816 | $163,874.79 | Accept | Assign |
| 1071 | Carl Boyington<br>5737 South 900 East<br>Ogden, UT 84405 | $9,300.00 | Accept | Assign |
| 1073 | Ramona Cutri<br>2950 Apache Way<br>Provo, UT 84604 | $67,836.26 | Accept | Assign |
| 1075 | Greg Miner<br>310 Alpha Place<br>Roseau, MN 56751 | $41,165.00 | Accept | Assign |
| 1083 | Kyle Peterson<br>1450 East Liberty Lane<br>Heber City, UT 84032 | $222,867.16 | Accept | Assign |
| 1087 | Maxine PenningJack<br>c/o Debra PenningJack/Emmett R. Duncan S<br>PO Box 445<br>Fort Duchesne UT 84026 | $931,770.95 | Accept | Assign |
| | | $40,524,908.44 | | |

**352 Ballots as of 11:30 a.m. 10/24/13**
**4 Ballots received on 10/25/13, all accepting and assigning, totaling $526,231.60**
      **(Claim Nos. 17, 490, 868, 984)**

Reject/Not Assign:
      Claim No. 41        $115,000.00
      Claim No. 90        $140,932.57
      Claim No. 520      $10,000.00   (rec'd. accept/assign ballot on 10/23/13 signed by someone else)
      Claim No. 693      <u>$141,253.00</u>
                       $407,185.57

Not Assign/No voting on plan:
      Claim No. 319-2     $853,941.87

Accept/NOT Assign:
      Claim No. 363      $28,500.00
      Claim No. 419      $40,000.00

Signed Ballot, NO votes:
      Claim No. 138-3     $8,657.50

Accept, but NO votes on Assignment:  10 ballots
      Claim Nos. 38, 39, 261, 348, 366, 367, 389, 455, 1020, 1057

1256004.01