Michael R. Johnson, Esq. (A7070)
Douglas M. Monson, Esq. (A2293)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah  84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
Email:  dmonson@rqn.com

*Counsel for Gil A. Miller, Post-Confirmation Trustee of the Reorganized Consolidated Estate*
*and also the Private Actions Trustee*

---

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>DEE ALLEN RANDALL, et al,<br><br>       Debtors. | **Bankruptcy No. 10-37546**<br><br>Substantively Consolidated with Case Nos.<br>11-34826, 11-34830, 11-34843, 11-34833<br>and 11-34834<br><br>Chapter 11<br>Honorable Joel T. Marker<br><br>(Filed via ECF) |

---

**CERTIFICATE OF SERVICE OF NOTICE OF TRUSTEE'S DETERMINATION OF
VICTIM NET CLAIM AMOUNTS AND DEADLINES TO SUBMIT ADDITIONAL
SUPPORTING DOCUMENTATION TO THE TRUSTEE, AND NOTICE OF PRIVATE
ACTIONS TRUSTEE'S DETERMINATION OF EACH PARTICIPATING CREDITOR'S
INTEREST IN THE PRIVATE ACTIONS TRUST**

---

       I hereby certify that on January 17, 2014, the *Notice of Trustee's Determination of Victim*

*Net Claim Amounts and Deadlines to Submit Additional Supporting Documentation to the*

*Trustee, and Notice of Private Actions Trustee's Determination of Each Participating Creditor's*

*Interest in the Private Actions Trust* (the "**Notice**") [Docket No. 1448] was filed electronically

and therefore served via ECF upon all electronic filing users in this case.  I further certify that on

January 17, 2014, I caused a true and correct copy of the Notice to be served via First Class Mail,

postage prepaid upon all entities listed on Exhibit "A" attached hereto.

    DATED this 17th day of January, 2014.


                                    /s Douglas M. Monson
                                    Douglas M. Monson

# Exhibit "A"

Gina Hamlin
c/o Heath Snow and S. Eric Wilbanks
Bingham Snow
253 West St. George Blvd., #100
St. George, UT 84770

Debbie Noorda, Trustee of the 2905 RRR
Land Title
c/o Arnold Richer
901 West Baxter Drive
South Jordan, UT 84095

Paul Haas
P.O. Box 392
Glastonbury, CT 06033

Debra Dorius
c/o Jeffrey L. Shields
10 East South Temple, Suite 900
Salt Lake City, UT 84133

Katherine Muller, aka Kate Rose
P.O. Box 25730
Honolulu, HI 96825

Kelsie Muller
P.O. Box 25730
Honolulu, HI 96825

Kirk Strickland
769 South Abbey Way
Layton, UT 84041

Darin Brenchley
291 South Florence Circle
Fruit Heights, UT  84037

Steven & Jeanne Larsen
1411 East 2100 North
North Logan, UT 84341

Clarice Mae Coburn
P.O. Box 198
353 N 1st East
Driggs, ID 83422

Jerry Kinyon
1207 W. Shashas Way
Riverton, UT 84065

Equity Trust Company Custodian
FBO Eric DiMartino
62680 Crimson Dr.
Washington, MI 48094

Angela Smart
1574 Laird Ave
Salt Lake City, UT 84105

Barbara Milburn
5211 Shawnee Avenue
Ogden, UT 84403

Steve Boehm
619 South 2925 West
Syracuse, UT 84075

Lee Shepard Gardner
P.O. Box 1037
Afton, WY 83110

Allen Kendell
6986 Old Ridge Circle
Salt Lake City, UT 84121-4401

Allen Kendell
c/o Lon A. Jenkins
Jones Waldo Holbrook & McDonough, PC
170 South Main Street, Suite 1500
Salt Lake City, UT  84101-1644

Ray Gardner
562 W. Gentile Street
Layton, UT 84041

Alan Reese Hyer
1978 Atlas Cedar Road
Eagle Mountain, UT 84005

Reid Cox
480 East Union Street
Manti, UT 84642

Barry Sorenson
315 Edgewood Dr.
Providence, UT 84332

Cathryn Floyd
598 North Dalton Avenue
Pleasant Grove, UT 84062

Carmen Wilson
5674 Scarlet Horizon Ct.
Stansbury Park, UT 84074

Terry Saltas
221 South 300 East
Copperton, UT 84006

Bret Tolson
725 West 2680 South
Nibley, UT 84321

Arlene O. Provstgaard
213 N 200 W
Payson, UT 84651

Earl & Joye Willoughby
90 W. 300 S.
Hyrum UT 84319

Myren Iverson
891 Southhampton Dr.
North Salt Lake, UT 84054

Ron and Marlene Carroll
3233 Blanket Flower Way
Lehi, UT 84043

Robert Tyler Craig
2896 East Lookout Drive
Eagle Mountain, UT 84005

Patrick Dover
1523 West 1025 South
Layton, UT 84041

Paul and Janice Rowberry
1933 N. 1200 E.
Logan, UT 84341

New Age Technologies/Ford
1230 West Fairmont Lane
Layton, UT 84041

Katie Pederson
Attn: M. Darin Hammond
4723 Harrison Blvd., Suite 200
Ogden, UT 84403

Justin Pederson
Attn: M. Darin Hammond
4723 Harrison Blvd., Suite 200
Ogden, UT 84403

Fred & Vera Beckman
446 East 8400 South
Sandy, UT 84070

Glen Poll
766 East South Weber Dr.
South Weber, UT 84405

Martin Fujiki
1935 North 90 West
Orem, UT 84057

Bonnie Brinton
1935 North 90 West
Orem, UT 84057

James Lindsay
Box 510017
Mountain Home, UT 84051

Jean Kendell Condie
296 E South Weber Dr.
South Weber, UT 84005

Thomas Alan Condie
296 E South Weber Dr.
South Weber, UT 84005

Darwin & Sharon Jensen
135 West 825 North
Brigham City, UT 84302

Rick Jensen
135 West 825 North
Brigham City, UT 84302

C. Dewey Taylor
P.O. Box 441
Huntsville, UT 84317

Gary and Carolyn Morgan
1580 East Nichols Road
Fruit Heights, UT 84037

Craig & Sheri Barratt
60 East 760 North
American Fork, UT 84003

Robert C. Winz
5889 Hatton Cr.
Murray UT 84107

Jack Leavitt
c/o Lon A. Jenkins
Jones Waldo Holbrook & McDonough, PC
170 South Main St. Suite 1500
Salt Lake City, UT 84101

Faye Petersen
1026 Belmont Drive
Brigham City, UT 84302

Lonnie Downs
5 West 200 South
Burley, ID 83318

Maria Jensen
2975 Overland Ave.
Burley, ID 83318

Terri Matthews
30 West 208 South
Burley, ID 83318

Scott & Gay Searle
621 East 600 South
Burley, ID 83318

Jeannette Nichol
217 West 51st Street
Loveland, CO 80538

Gerald C. Nichol
217 West 51st Street
Loveland, CO 80538

MCCALLSON FAMILY LIVING
TRUST
4204 South Rowland Dr.
Salt Lake City, UT 84124

Donald & Coleen Bevan
95 Carnesecca Court
Mapleton, UT 84664

Wesley McDonald
923 North 140 West
American Fork, UT 84403

Mary Lou Carroll
538 West 40 North
Orem, UT 84057

David Owens
45 Whitaker Circle
Kaysville, UT 84037

Curtis Squire
c/o Mark D. Eddy, Morgan L. Cummings
Hansen Wright Eddy & Haws, P.C.
233 South Pleasant Grove Blvd., Ste. 202
Pleasant Grove, UT 84062

Walter Sudweeks
680 East 3230 North
Lehi, UT 84043

Dienst & Ward Revocable Trust
Carolyn R Ward, TTEE
725-4 Tramway Lane NE
Albuquerque, NM 87122

Samara Alexis Alina Dienst Irrevocable
Trust
Carolyn R. Ward, TTEE
725-4 Tramway Lane NE
Albuquerque, NM 87122

Jens Nicholas Alexander Dienst
Irrevocable Trust
Carolyn R. Ward, TTEE
725-4 Tramway Lane NE
Albuquerque, NM 87122

Chocolate Properties/Ward
725-4 Tramway Lane NE
Albuquerque, NM 87122

Dean and Dolores Smith,
The Smith Clan
Terry C. Smith, Successor Trustee
4701 Liberation Dr.
Herriman, UT 84096-7764

Kent White
150 South 320 East
Ivins, UT 84738

JoAnn Harris
3689 West 5215 South
Taylorsville, UT 84129

Stephen & Shauna Eden
4724 South 1000 East
Ogden, UT 84403

Robert A. & Deana Clark
1605 Linden Lane
Bountiful, UT 84010

Jody & Gennifer Rawlings
c/o Hal Armstrong
JLJ Law Group, PLLC
124 South 400 East, Suite 410
Salt Lake City, UT 84111

Gennifer Rawlings
c/o Hal Armstrong
JLJ Law Group, PLLC
124 South 400 East, Suite 410
Salt Lake City, UT 84111

Gary G. Mills
Equity Trust Company Custodian
7102 S Steller Jay Way
Brighton, UT 84121

Evelyn Fuhriman Isaacson
758 N. 300 E.
Tremonton, UT  84337

Reed and Dixie Conger
Ericson & Shaw, LLP
1047 South 100 West, Suite 190
Logan, UT 84321

Wade White
1122 North 2450 West
Tremonton, UT 84337

Elroy D. and Susan Zentner
c/o P. Matthew Cox
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
P.O. Box 45000
Salt Lake City, UT 84111-5000

Marjalee or Rodger Smith
6373 Gordon Circle
Mountain Green, UT 84050

Susan Jacobsen
654 East 100 North
Bountiful, UT 84010

Barbara Boehm
619 South 2925 West
Syracuse, UT 84075

Kathie Leany
14242 South Long Ridge Drive
Herriman, UT 84065

Diane Minchey
3121 West 5299 South
Roy, UT 84067

Roger & Susan Tuckett
378 South 1530 East
Spanish Fork, UT 84660

Scott & Geri Allred
627 South 800 East
Bountiful, UT 84010

Donald B. & Mary A. Myers Family
Trust
1114 North 390 West
Sunset, UT 84015

Susan Furness
884 E. Big Snowy Court
Draper, UT 84020

Tyson Goss
4060 North Camino Gacela
Tucson, AZ 85718

The Johnson Family Trust
231 North Emerson Avenue
Shelley, ID 83274

Gary Crump
2691 Milo Way
Salt Lake City, UT 84117

R. Ted McBride
392 North 600 East (106-10)
Roosevelt, UT 84066

Brandi Day
5003 Brennen Bend
Ammon, ID 83406

Judith Miller
207 Jacob Ryan Court
Brandon, FL 33510

Joseph Shern
11384 Palisade Rim Drive
South Jordan, UT  84095

Louise K. Tobey
c/o Olson & Hoggan, P.C.
Attn: Miles P. Jensen
P.O. Box 525
Logan, UT 84323-0525

Trapper Trails Council of the Boy
Scouts of America
1200 East 5400 South
South Ogden, UT  84403

Arthur Gary Bennett
1105 Crescent Ave.
Idaho Falls, ID 83402

Kurt and Denise Aikele
1053 West 100th North
Blackfoot, ID 83221

Scott Longhurst
220 W. Lomond View Dr.
Pleasant View, UT  84414

Dennis Frandsen
1524 North 40 East
Lehi, UT 84043

Edwin L. and Billie Susan Eggett
Lynn Eggett and Billie Susan Eggett
1570 East Nicholls Road
Fruit Heights, UT 84037

Barbara Mitchell Ferguson
41505 Carlotta Dr #520
Palm Desert, CA 92211

Kevin Bullock
128 E. Shady Creek Lane
Farmington, UT 84025

Oris Christensen Trust
c/o Kevin Bullock
128 E. Shady Creek Lane
Farmington, UT 84025

Ray Child
1203 South 1500 East
Bountiful, UT 84010

Bullock Family Trust
128 E. Shady Creek Lane
Farmington, UT 84025

Richard C. & Megan C. Legas
1543 West 1825 North
Provo, UT 84604

Baunie F. Nelson
362 South Glen Circle
Fruit Heights, UT 84037

Dixie Terry
98 E. Fort Knox Way
Washington, UT 84780-4708

Burke C. & Amy Nielsen
555 Pheasant Hollow Lane
Mendon, UT 84325

Pam Stagg & APS IRA 9045 fbo
Pam Stagg
3375 N. 850 W.
Lehi, UT 84043

Evelyn M. Harris
3670 Gramercy Ave.
Ogden, UT 84403

Evelyn Harris
3670 Gramercy Ave.
Ogden, UT 84403-1918

Lynn & Evelyn Harris
3670 Gramercy Ave.
Ogden, UT 84403

Oralia Maughan Folkner
c/o Bretton K. Hadfield
Peck Hadfield Baxter & Moore, LLC
399 North Main, Ste 300
Logan, UT 84321

Donald R. Petersen
125 North 3000 West
Delta, UT 84629

Gary A.K. Clark
Gary Clark
95 North Paradise Drive
Orem, UT 84097

SunTrust/Robert O'Brien
P.O. Box 1689
Orlando, FL 32802

John W. Norris
2032 Country Club Road
Senatobia, MS 38668

Monte & Carolyn Lewis
1658 South Rio Virgin Drive
Washington, UT 84780

Aaron & Mary Jane Rogers
1758 South Camino Real
Washington, UT 84780

Randy Fisher
732 East 300 North
North Salt Lake, UT 84054

Irene H. Pratt
c/o Monte Pratt
581 Circle Drive
Oroville, CA 95966

Vern & Marilyn Duffin
c/o Stephen K. Christensen
Van Cott, Bagley, Cornwall & McCarthy
36 South State Street, Suite 1900
Salt Lake City, UT 84111-1478

Larry D. Stevens
1319 Abby Court
Idaho Falls, ID 83402

Jacalyn A. Stevens
1319 Abby Court
Idaho Falls, ID 83402

Julie Hiatt
c/o Matthew D. Ekins
Gallian Wilcox Olson & Beckstrom, L.C.
965 East 700 South, Suite 305
St. George, UT 84790

Darin R. Myers
1013 West 275 South
Layton, UT 84041

Gay L. Searle
621 East 600 South
Burley, ID 83318

Philip Rojas
2366 Holly Grove Drive
Memphis, TN 38119-7633

SunTrust/Robert O'Brien
P.O. Box 1689
Orlando, FL 32802

Paul Wunderlin
10828 Beaver Road
Oak Run, CA 96064

Kathryn Grimes
10828 Beaver Road
Oak Run, CA 96096

Frank & Dorothy Nielson
4424 S. Century Dr.
Murray, UT 84123

Joseph E. Peterson
6474 South Combe Road
Uintah, UT 84403

Kenneth D. and Janet D. Reber
1430 East 8020 South
Sandy, UT 84093

Paul L. Tanner Special Needs Trust
c/o Alexis G. Tanner, Trustee
610 South 1350 East
Fruit Heights, UT 84037-2794

Gerald Vigil
145 West 100 South
Tooele, UT 84074-2051

Gerald Vigil
145 West 100 South
Tooele, UT 84074-2051

Sally M. Brown
1433 English Holly CT
South Jordan, UT 84095

Chris Fonnesbeck
P.O. BOX 72
Riverside, UT 84334

Cindy P. Fonnesbeck
P.O. Box 72
Riverside, UT 84334

Allen & Pat Clements
1034 E. Silver Falls Drive
Washington, UT 84780

Brett Hancey
717 East 350 South
River Heights, UT 84321

Jeanne D. Jackman
2610 West 10950 South
South Jordan, UT 84095

Howard Jackman and Kristy
Jackman
6752 South 1540 East
Uintah, UT 84405

Simon Sanders
1404 Allison Drive
Loveland, CO 80538

Mitchell Pendleton
3675 West 925 North
Layton, UT 84041

Roger & Norene Vink
970 East 700 South, #34
St. George, UT  84790

Jay & Maureen Scott
5514 South 150 East
Ogden, UT 84405

Brent Milne
5712 South 800 West
Murray, UT 84123

Roy Morrison
250 N. Spring Circle
Washington, UT 84780

Claudia Sanchez
1138 North Las Entradas Drive
Washington, UT 84780

Benny L. Sanchez
1138 N. Las Entradas Dr.
Washington, UT 84780

Valoy Stowe
8116 Washington Street
Midvale, UT 84047

Dale Curtis
784 South 40 East
Salem, UT 84653

Lorree Farnes
42 South 300 West
Bountiful, UT 84010

Wayne Hansen
2577 Canterwood Drive
South Jordan, UT 84095

Peggie A. Fern
3959 Sunnydale Drive
Salt Lake City, UT 84124

Joan Stewart
5004 Wasatch Court
Ogden, UT 84403

Gwen Oakeson
2311 South Linda Way
Perry, UT 84302

Michael and Lisa Davis
c/o Scott M. Petersen and David R. Hague
FABIAN & CLENDENIN
215 S. State Street, Suite 1200
Salt Lake City, UT 84111-2323

Lisa A. Davis IRA
c/o Scott M. Petersen and David R. Hague
FABIAN & CLENDENIN
215 S. State Street, Suite 1200
Salt Lake City, UT 84111-2323

Michael Davis IRA
c/o Scott M. Petersen and David R. Hague
FABIAN & CLENDENIN
215 S. State Street, Suite 1200
Salt Lake City, UT 84111-2323

James Eaquinto
P.O. Box 214
Sunnyside, UT 84539

Randy Gunderson
8788 South 2240 West
West Jordan, UT 84088

Alex & Brenda Munns
13505 North 6000 West
Garland, UT 84312

Louis & Annette Stevens
1015 South West Hoytsville Road
Coalville, UT 84017

The Kristina McGuire Living Trust
2115 Dallin Street
Salt Lake City, UT 84109-1116

The Boyce Family Living Trust
c/o David B. Boyce, Attorney
2115 Dallin Street
Salt Lake City, UT 84109-1116

Dorothy R. Reese
507 South 400 West
Brigham City, UT 84302

Ray D. Reese
507 South 400 West
Brigham City, UT  84302

Richard Brown
4011 South Main Street
Nibley, UT 84321

Tim Jensen
4432 West 4250 South
West Haven, UT  84401

Eric Brown
4011 South Main Street
Nibley, UT 84321

Mary Lynne Sargent IRA
Mary Lynne Sargent
569 Grand Oaks Drive
Fruit Heights, UT 84037

Claudene B. Willmore
Trustee for Benjamin R Willmore
2816 West 4400 South
Roy, UT 84067

Claudene B. Willmore
Trustee for Jason G Willmore
2816 West 4400 South
Roy, UT 84067

Kasey & Anena Roberts
7234 South 1700 East
South Weber, UT 84405

Claudene B. Willmore
Trustee for Kaylee Ann Willmore
2816 West 4400 South
Roy, UT 84067

Jeff & Claudene Willmore
2816 West 4400 South
Roy, UT 84067

Randy Stocker
P.O. Box 212
Paradise, UT 84328

Julie Hiatt
1446 East Cobblestone Lane
St. George, UT 34790-8551

Gary A. Sargent
569 Grand Oaks Drive
Fruit Heights, UT 84037

Gary A. Sargent
569 Grand Oaks Drive
Fruit Heights, UT 84037

Stephen & Nancy Williams
1175 North 475 East
Orem, UT 84057

Gary A. Sargent
569 Grand Oaks Drive
Fruit Heights, UT 84037

Jonathan Smith
P.O. Box 22
Fielding, UT 84311

Vern Peek
898 East 7240 South
South Weber, UT 84405

John Gilbert
42 South 300 West
Richmond, UT 84333

Julie Price
1406 North 1220 West
Provo, UT 84604

Farel Sorensen, 29 Family
Partnership
Derek Lamb
809 West 2175 North
Layton UT 84041

Dale J Hansen
3228 N. Alpine Vista Way
Lehi, UT 84043

Lola Holbrook
3052 N. Snow Canyon Parkway,
 Lot 133
St. George, UT  84770

Gary A. Sargent
569 Grand Oaks Drive
Fruit Heights, UT 84037

Timothy A. Smith
744 North 500 West
American Fork, UT 84003

Sheri L. Smith
744 North 500 West
American Fork, UT 84003

Paul Adams
10052 U.S. Highway
Brookville, IN 47012

Jeffrey Curtis
12548 S. Moonlite Hill Ct
Herriman, UT 84065

Paul F. Pritchett
3384 South Hackberry Lane
Magna, UT 84044

Mary Ellen Butler
13710 North 6000 West
Garland, UT 84312

Michael & Gayle Perkins
1185 Briggs Dr.
Bountiful, UT 84010

Blaine Fluckiger
571 North 1420 East
Logan, UT 84321

Phillip Rael
1492 North 565 West, #103
Logan, UT 84341

Scot D. Weaver
205 North Red Slide Dr.
Wellsville, UT 84339

Lisa Weaver
205 N. Red Slide Drive
Wellsville, UT 84339

Ray A. Peek
950 East South Weber Dr.
South Weber UT 84405

Gordon & Shelley Turnbow
105 Southpoint Boulevard
Idaho Falls, ID 83404

LueAnn Hjelm
Box 118
Basalt, ID 83218

Larry Olsen
6597 South 2400 West
Mt. Sterling, UT 84339

Patricia Shumway
3799 North 700 East
Provo, UT 84604

Bryan & Valerie Peterson
5152 Leila Lane
Herriman, UT 84096

Tamara Hill
1744 North Skyline Drive
Orem, UT 84097

Tony & Julie Cook
176 South 300 East
Lindon, UT 84042

Allen & Jane Jaggi
P. O. Box 326
Lyman, WY 82937

Brent & Karolyn Holland
920 West Elva
Idaho Falls, ID 83402

L. Dale & Bette Lynn Green
918 East Nichols Road
Fruit Heights, UT 84037

Burk Stevens
2180 East View Drive
South Weber, UT 84405

Vicki Fonnesbeck
15380 NE Canal Road
Howell, UT 84316

William D. Crowl
652 North 3000 West
Hurricane, UT 84737

Nancy A. Crowl
652 N. 3000 West
Hurricane, UT 84737

Geneil Vigil
145 West 100 South
Tooele, UT 84074

Shirley Swapp
1244 North 75 West
Layton, UT 84041

Christie Oss
1294 South 420 West
Salem, UT 84653

Brent L. Handy & Joan B. Handy
863 E. Draper Rd.
Sandy, UT 84094

Laurena B. Henderson
P.O. Box 48
Clarkston, UT 84305-0048

Matthew Talley
3778 South 4565 West
Salt Lake City, UT 84120

Cheryl M. Fuchs
3778 South 4565 West
West Valley City, UT 84120

Armin R. Fuchs
3778 South 4565 West
West Valley City, UT 84120

Norma Dooley
121 North 100 West
Washington, UT 84780

Marlo Wilcox
1611 East 50 South
St. George, UT 84790

Judy Allen
667 N. 165 W.
Centerville, UT 84014

Donald Adams
1314 North Georgia Avenue
Harrisville, UT 84404

Lola Ann Blaine aka Lola Luke
c/o Ericson & Shaw, LLP
1047 South 100 West, Suite 190
Logan, UT 84321

Mary Jean Thompson
c/o Ericson & Shaw, LLP
1047 South 100 West, Suite 190
Logan, UT 84321

Royce B. Thompson
c/o Ericson & Shaw, LLP
1047 South 100 West, Suite 190
Logan, UT 84321

Melvin Christensen
412 East 10185 South
Sandy, UT 84070

Melvin Christensen
412 East 10185 South
Sandy, UT 84070

Mark & Heidi Jaggi
3991 State Hwy 414 North
Lyman, WY 82937

Amanda Allen
81 West 300 North
North Salt Lake, UT 84054

Linda Diane Dixo
71 West 300 North
North Salt Lake, UT 84054

Brent Gibson
13109 Golden Way
Poway, CA 92064

Brent Gibson; Clyde H. Gibson
Family Trust
13109 Golden Way
Poway, CA 92064

Brent Gledhill
245 North Vine Street #505
Salt Lake City ,UT 84103

Chris & Johanna Gibson
P O Box 402
Bagdad, AZ 86321

James Terry Brown
7235 West 3100 South
Magna, UT 84044-1517

Ashtyn L. Zimmerman
P.O. Box 473
American Fork, UT 84003

Melanie Adair Clark
1027 W. Mill Shadow Drive
Kaysville, UT 84037

Nadine Whitfield
822 Apple Park Place
Salt Lake City, UT 84106

Daniel Gordon Garbe
1251 North 550 West
Brigham City, UT 84302

Steven D. Zimmerman
P.O. Box 473
American Fork, UT  84003-0473

Jeralyn N. Zimmerman
P.O. Box 473
American Fork, UT 84003

Anne Jacobs
P.O. Box 410043
Pinesdale, MT 59841

Darin Gurney
1581 East 800 South
Provo, UT 84606

Christian D. Jensen; Cleo Ann G
Jensen (deceased)
2 Finch
Littleton, CO 80127

Christiana G. McDougal
2264 W. 2300 S.
Syracuse, UT 84075

Robert James McDougal Jr.
2264 West 2300 South
Syracuse, UT 84075

Chauncey Robert Boyington
394 East 100 South
Manti, UT 84642

Chauncey & Catherine Boyington
394 East 100 South
Manti, UT 84642

Catherine M. Boyington
394 East 100 South
Manti, UT 84642

Pauline Thompson
1716 North 650 East
Ogden, UT 84414

Darryl Hafen
677 Morning Glory
Santa Clara, UT 84765

Jesse Baker
2115 SMR
Fairview, UT 84629

Jana Hoyle
3656 South DeAnn Drive
West Valley City, UT 84128

Michael and Rhonda Willden
5269 West 10800 North
Highland, UT 84003

Gary or Dedra Dietz
P.O. Box 307
Neola, UT 84053

David Spillman
2686 South 950 East
Price, UT 84501

Keith & Alice Tweedie
P.O. Box 193
Dubois, ID 83423

Keith & Alice Tweedie
P.O. Box 193
Dubois, ID 83423

Keith & Alice Tweedie
P.O. Box 193
Dubois, ID 83423

Roy V. Allen
2526 Olympus Dr.
Salt Lake City UT 84124

Robert & Linda Timothy
326 Sunset Creek Circle
Chapel Hill, NC  27516-4628

Judith G. Allen
2526 Olympus Drive
Salt Lake City, UT 84124

Conrad & Keri Savage
17552 West 1750 North
Fairfield, UT 84013-9606

Aaron & Meghann Gelter
6974 West 7895 South
West Jordan, UT 84081

Scott & Ann Marie Webb
2060 Marrwood Drive
Salt Lake City, UT 84124

Brian & Laurie Johnson
830 South 2400 West
Logan, UT 84321-6289

W. Reid Hansen
830 South Links Drive
Washington, UT 84780

Kenneth Seamons
233 West 260 North
Hyde Park, UT 84318

Dixie Stucki
355 East 3550 North
Ogden, UT 84414

Chad & Susan Teichert
2846 Birdie Thompson
Pocatello, ID 83201

Jean Perkins
3373 Canyon Creek Dr.
Salt Lake City, UT 84121

Jane Strottner
12334 Sacajewa Street
Riverton, UT 84096

Roy L. Vigil
578 North 430 East
Tooele, UT 84074

Allen & Carol Todd
5114 South 1130 West
Taylorsville, UT 84123

Shael Stinger
345 South 250 West
Providence, UT 84332

V. RaVae Merkley
12284 Flintlock Way
Herriman, UT 84096-3473

Gary Bird
345 South 250 West
Providence, UT 84332

Janalee Stinger
345 South 250 West
Providence, UT 84332

Shane Hill
65 East Center Street
Willard, UT 84340

Julee A Davis
10410 N. 11700 W.
Tremonton, UT 84337

Suzanne Harrison
3812 West 1975 North
Ogden, UT 84404

George and Renee Bennett
155 East 100 North
Coalville, UT 84017

Randall F. Davis
10410 North 11700 West
Tremonton, UT 84337

Rhoda Bowen/Coleen Bevan
95 W. Carnesecca Court
Mapleton, UT 84664

Angie Hooper-Heesch
c/o Law Office of Hilary K. Brewster
338 Tate Way
Rock Springs, WY  82901-4229

Cecilia Salazar
233 Hometown Court
Tooele, UT 84074

Nancy Anderson
746 West Essex Street
Washington, UT 84780

Laura Doty
P.O. Box 326
Springdale, UT 84767

Troy G. Watson Sr. & Kalynn
Watson
4745 Eagleridge Circle #207
Pueblo, CO 81008

Josiah Maughan
P.O. Box 294
Wellsville, UT 84339

Matt Wren
2342 E. 8240 S.
South Weber, UT 84405

Kelly Richins
175 North 200 East
P.O. Box 38
Henefer, UT 84033

Barbara Kap/Calvin Kap
985 E. So. Weber Dr.
So. Weber, UT 84405

Benjamin P. Thomas, Esq.; Theodore
Roberts Bell Living Trust dated Sept 2003
Strong & Hanni
3 Triad Center, Suite 500
Salt Lake City, UT 84180

Gary Hone
330 West Center St
Fillmore, UT 84631

Connie Jensen-Conlee
1024 East 760 South
Orem, UT 84097

Edward Harris
7419 South 21st Street
Lincoln, NE 68512

Bruce Bybee
6750 South 2275 East
Uintah, UT 84405

Susan Bybee
6750 South 2275 East
Uintah, UT 84405-9790

Estate of Clifford Oram
c/o Susan Bybee
6750 South 2275 East
Uintah, UT 84405-9790

Darla Rampton
2826 Brinton Circle
Layton, UT 84040

Rand Relatores
1203 Big Canyon Place
San Pedro, CA 90732

Kennion & Jennifer Jolley
2436 East Woodchuck Way
Sandy, UT 84093

Joshua Dee Gibson
1400 NW 172nd St.
Edmond, OK 73012

Hilda F. Maughan
P.O. Box 294
Wellsville, UT 84339

Mary Kaye's Family Limited
Partnership
362 North 2000 West
Pleasant Grove, UT 84062

Blake or Kristi Dowding
720 East Center Street
Bountiful, UT 84010

Dana Torres
4680 South 1100 East
Ogden, UT 84403

Rhett Keaton
1237 South 500 East
Kaysville, UT 84037

Craig Hafen
4347 Golf Circle
South Jordan, UT 84095

William Bate
4753 Madison Ave
South Ogden, UT 84403

ADR Investment Solution
401K Plan
3317 S. Higley Rd, STE 114-403
Gilbert, AZ 85297

Abundance Catalyst, LLC
3317 S. Higley Rd, STE 114-403
Gilbert, AZ 85297

Carl & Karissa Stucki
4447 S. 4575 W.
West Haven, UT 84401

Brent Bates
875 E Silverado Ranch Blvd, Apt 2021
Las Vegas, NV 89183

Norma Stokes
8263 South Hayes Avenue
Midvale, UT 84047

Michael A. Burnett
American Pension Services
4168 W. 12600 S., Suite 300
Riverton, UT  84096

Kenneth Bergenthal
85 Wiltshire Rd. #B-11
Scottsdale, NY 10583

Gwen Hayes
2855 So Morgan Valley Drive
Morgan, UT 84050

Chris Harvey
380 Jefferson Ave.
American Fork UT 84003

Jessica Harvey
380 Jefferson Ave.
American Fork, UT 84003

Dwight G Young
1591 Garfield Bay Rd.
Sagle, ID 83860

Lynn H. & Jennifer Shaw
4207 South Deno Drive
West Valley City, UT 84120

Richard & Marion Boyington
4589 South 3380 West
West Valley City ,UT 84119-5733

Ladd Timpson
1212 South 1000 East
Spanish Fork, UT 84660

Ladd & Jody Timpson
1212 South 1000 East
Spanish Fork, UT 84660

Estate of Karl Janson
c/o Tom Janson
3801 Ashe Road, Apt. 59
Bakersfield, CA  93309

Ladd & Jody Timpson
1212 South 1000 East
Spanish Fork, UT 84660

Brady Hess
3385 W. 2525 N.
Plain City, UT 84404

Susan A. Bell
767 West Hwy 39
Blackfoot, ID 83221-5304

Karyn Culley
173 Country Club
Stansbury Park, UT 84074

Junnie Shiotani
6049 S. Bridges Ln.
Murray, UT 84121

Dianne Call
1541 No. Cherry Lane
Layton, UT 84040

David O. Steffen
461 Stirling Drive
Fruit Heights, UT 84037

Dianne Call
1541 N. Cherry Lane
Layton, UT 84040

Boyd Call
1541 N. Cherry Lane
Layton, UT 84040

Boyd Call
1541 N. Cherry Lane
Layton, UT 84040

Abigail Moneyhun Living Trust
c/o Stanford B. Owen, Attorney
2174 East Parkway Avenue
Salt Lake City, UT 84109

Laurel O. Tanner Trust
c/o Carolyn Alder, Trustee
4046 South 700 West
Salt Lake City, UT 84123

GCA Ventures, LLC
4046 South 700 West
Salt Lake City, UT 84123

The Jean Ann Luck Revocable Trust
Jean Ann Luck, Trustee
2052 East 3780 South
Salt Lake City, UT 84109

Jared & Ralae Noorlander
1510 Meadow Road
Grand Island, NE 68803

Van Gibson
13930 South Brougham Dr
Olathe, KS 66062

Rolland & Louise Sorensen
10128 South 3265 West
South Jordan, UT 84095

Daniel Clegg
1382 East Golden Circle
Fruit Heights, UT 84037

Herman Jack Heier
1007 Country Rd.
Idaho Falls, ID 83402

Georgia E. Heier
1007 Country Rd.
Idaho Falls, ID 83402

Eric Leonard Hays
1592 E. 6650 S.
Uintah, UT 84405

Evan & Pamela Beck
2079 View Dr.
So. Weber, UT 84405

Venina Petersen
1893 W. Western Charm Drive
Riverton, UT 84065

Ruth Mayhew
3990 West 2200 North
Plain City, UT 84404

Julia Currey
4001 Sherwood Drive
Provo, UT 84604

Kevin Drollinger
53 Wapiti Loop
Hyrum, UT 84319

Carol Robyn Thompson
395 North 175 East
North Salt Lake, UT 84054

Edward Lueders
6807 Buena Vista
Ogden, UT 84405

Chad Bywater
1205 N. 6000 W.
Corinne, UT 84307-9728

Aaron & Kerri Soboloski
7568 West Andrea Drive
Peoria, AZ 85383

Matt or Tonya Smith
654 E. 600 S.
Saint George, UT 84770-3838

F. Alan Walker
12019 Camas St.
Boise, ID 83709

Brady Field
2030 South Main Street #112
Bountiful, UT 84010

Gerald & Judy Allred
P. O. Box 441
Huntsville, UT 84317

Kevin W. Swenson
4758 S. 3365 W.
Taylorsville, UT  84129

Jeffrey Gordon Willmore
2816 W. 4400 S.
Roy, UT 84067

Royce and Taunya Jacobs
5007 South 1150 East
Ogden, UT 84403

Lorin Mortensen
251 South 830 East
Smithfield, UT 84335

Kenneth M. & Stephanie Carrillo
325 North 400 East
Hyde Park, UT 84318

Michael Schumacher
3134 S. Bloomington Hills Dr.
St. George, UT 84790

Michael Clark
1626 East 7600 South
South Weber, UT 84405

F. R. Satterfield, Trustee
2251 E. Alva Circle
Salt Lake City, UT  84109-2920

F.R. Satterfield
c/o James W. Anderson
Miller Guymon, P.C.
165 Regent Street
Salt Lake City, UT  84111

F.R. Satterfield and Carol D. Satterfield
2251 E. Alva Circle
Salt Lake City, UT  84109-2920

F.R. Satterfield
c/o James W. Anderson
Miller Guymon, P.C.
165 Regent Street
Salt Lake City, UT  84111

Rebecca S. McCarty
497 E. Golden Pheasant Dr.
Draper, UT  84020

Alan & Lorraine Gaufin
347 West 500 South
Orem, UT 84058

Craig E. Carroll; Craig & Robin Family
3211 N. Millcreek Rd.
Pleasant Grove, UT 84062

Kent Smith
238 N. 210 W.
Orem, UT 84057

Monette E. Van Dame
4404 S. 4300 W.
West Haven, UT  84401

Lawayne and Margo Stratton
131 South 200 East
Cedar City, UT 84720

Hyrum G. Kunzler
1492 Granada Dr.
Sandy, UT  84093

James W. Murray
795 S. State
Richmond, UT 84333

Fred Childs
2122 North 400 West
Sunset, UT 84015-3523

Blane Wilson
3538 Hawthorne Dr.
Elko, NV  89801

Charles & Virginia Reist
1654 East Vineyard Drive
Bountiful, UT 84010

Jewel Christensen
2215 Carolyn Way
Bountiful, UT 84010

Michael Clark
1626 East 7600 South
South Weber, UT  84405

Beverly Clark
1626 E. 7600 S.
Ogden, UT 84405

Linda Christensen
9175 North 6000 West
Tremonton, UT  84337

Henrietta O. Thomas
1885 East Skyline Dr. #226
South Ogden, UT 84403

Danita Hooper
634 South 1200 East
Mapleton, UT 84664

Andrew C. Stuart
2101 E. 6450 S.
South Ogden, UT  84405

Carol Bonar
c/o Rick Kendell
1363 East 6600 South
Uintah, UT  84405

Richard W. Stuart
2101 E. 6450 S.
South Ogden, UT  84405

Jim & Cheryl Higbee
26 West Bradley
Centerville, UT 84014

Edward L. Park
1589 North 5600 West
Malad, ID 83252

Tamera L. Clark
4223 W. 3925 S.
West Haven, UT 84401

Merlin K. Clark
4223 West 3925 South
West Haven, UT 84401

Gretel Patch
6190 Kathmandu Pl.
Dulles, VA  20189

Kelli N. Clark
4223 W. 3925 S.
West Haven, UT 84401

Carol Johnson
3510 Honda Avenue
West Valley City, UT  84119

Robert & Jennifer Peck
480 East Utah Avenue
Payson, UT 84651

Robert & Jennifer Peck
480 East Utah Avenue
Payson, UT 84651

Doris Anderson
14679 South 1630 West
Bluffdale, UT 84065

Leslie Erdman
9744 Sage Thrasher Circle
Elk Grove, CA 95757

David Gregg and Kelley J. Buxton
4162 S. 2340 W.
Roy, UT 84067

Genie Carver
2209 N. 700 W.
Layton, UT  84041

Neal Green
1490 E. Green Road
Fruit Heights, UT  84037

Bevan D. Killpack
1790 W. 3650 S.
St. George, UT  84790

Bevan D. Killpack
1790 W. 3650 S.
St. George, UT  84790

Kirk Terry
93 E. Fort Knox Way
Washington, UT  84780-4708

Judy Goud
3972 Deer Horn Dr.
Riverton, UT  84065

Linda Christiansen
6600 South 1800 West
Hyrum, UT 84319

Miriam Greenland
6608 West 10250 North
Highland, UT 84003

Beverly Benjamin
Katie & Justin Pederson as heirs of Beverly
Benjamin
Attn:  M. Darin Hammond, Foley Carrier
480 East 475 South
Centerville, UT  84104

Marilyn Enz
2516 E. Combe Road
Ogden, UT 84403

James H. Harvey
6320 S. 1575 E.
Ogden, UT  84405

Ronald Dion Rebalkin
1137 Tule Dr.
Hyrum, UT  84319

Wade Lemon
235 S. 100 W.
P.O. Box 222
Holden, UT 84636

Roy Craft #3657
Roy L. Craft
10502 E. Bluestem
Wichita, KS 67207

Matthew Timpson
1170 Redding Ct.
Sandy, UT  84094

Betty Marcus
305 E. 100 N.
Brigham City, UT 84302

Madean Lemon
235 S. 100 W.
P.O. Box 222
Holden, UT 84636

Matthew Vincent
1516 Wharton St.
Philadelphia, PA 19146

Joy Stambaugh
3395 W. 1850 S.
Syracuse, UT  84075

Annette E. Poulsen
1704 N. 210 E.
Orem, UT  84057

Melvin J. Poulsen
1704 N. 210 E.
Orem, UT  84057

Peggy R. Huft
470 Golen Circle Dr.
Fruit Heights, UT  84037

Thomas A. Graham
1423 N. 1720 E.
Logan, UT  84341

Darnel Tippetts
1974 W. 500 S.
Vernal, UT 84078

Arnold Stringham
11342 Carrie Rim Circle
South Jordan, UT 84095

Kent Rasmussen
2107 East 2620 South Circle
St. George, UT 84790

Margaret Loftus
c/o Miles E. Lignell
6076 South 900 East, Ste 100
Salt Lake City, UT 84121

Marilyn Steinmetz
1040 E. Hwy. 101
Hyrum, UT  84319

Sherry Nimori
104 West 2100 South
Clearfield, UT 84015

Dennis Wells
599 James St.
Clearfield, UT  84015

Paul Taylor
380 S. Stirling Dr.
Fruit Heights, UT  84037

Clarence Edgar Dansie
2358 E. 4500 S.
Vernal, UT  84078

Freedom A. Kezos
P.O. Box 348
Bicknell, UT  84715

James Kevin Kezos
P.O. Box 348
Bicknell, UT  84715

Wayne Daniel Higgs
5869 Southweber Dr.
Ogden, UT  84405

Larry Sorensen
764 E. 4825 S.
Ogden, UT  84403

Patricia Clements
1034 E. Silver Falls Dr.
Washington, UT 84780

Carla Jellings
1332 3rd Street
Ogden, UT 84404

Richard P. Hackler
579 E. 420 S.
Smithfield, UT  84335

Brett S. Savage
P.O. Box 422
Draper, UT  84020

Nathan & Kaycie Deem
732 East 600 South
Brigham City, UT 84302

Randy Herbert and Deborah Herbert
1055 N 1000 E
Mapleton, UT 84664

Thomas Beauchamp
18226 Dalby
Redford, MI 48240

Christopher McIntyre
4204 West 4450 South
West Haven, UT 84401

Elaine Hansen
1090 East 700 South #25
St. George, UT 84790

Kurt Quakenbush
135 S. 100 W.
Mt. Pleasant, UT  84648

Shayne J. Dorotik
842 E. 42nd Street
San Angelo, TX  76903

B. Kent Bladen
1662 West 9000 South
West Jordan, UT  84088

Christine M. Bladen
1662 W. 9000 S.
West Jordan, UT  84088

Lindsay Burnett
2791 Dard Hills Court
Salt Lake City, UT  84109

Julie Ann Ryan
286 N. 210 W.
Tooele, UT  84074

Grant Nelson
1149 South 7th West
Sugar City, ID  83448

Kathleen H. Hansen
2194 N. 50 E.
North Ogden, UT  84414

Colleen Tolley
522 South 120 East
Smithfield, UT  84335

Kenneth Orton
551 N. 300 E. Box 613
Parowan, UT  84761

Jed Eugene Smith
238 N. 210 W.
Orem, UT  84057

Bryan Hull
1534 S. Hulls Crossing
Preston, ID  83263

Season Hull
1534 S. Hulls Crossing
Preston, ID  83263

Trudie Paterson
1450 East Liberty Ln.
Heber City, UT  84032

American Pension Services Inc.
Admin for Chad McBride #11051
4168 W. 12600 S., Suite 300
Riverton, UT 84096

Shane Hansen
3800 Otter Trail
Idaho Falls, ID  83404

Lovell Young
2241 W. 800 S.
Vernal, UT  84078

Anne M. Gates
1597 N. Scenic Dr.
Santa Clara, UT  84765

Jefferson T. Dunford
142 S. 300 E.
Kaysville, UT  84037

Vicki Ovard Condie
352 E. Riverside Dr. Ste B1
St. George, UT  84790

LeGrand Hafen & LuJanna Hafen
c/o Terry L. Hutchinson
1224A South River Road, Suite 105
St. George, UT 84790

Verna Southers
157 West 200 South
Hurricane, UT 84737

Mark Bradshaw
3802 South Becky Circle
Salt Lake City ,UT 84109

Thomas C. & Ava A. Tice
3241 Hunter View Drive
West Valley City, UT 84128

Amy Stokes Steele
2209 South 2050 West
Syracuse, UT 84075

Chris Leatherman
1756 Cedar View Road
Soda Springs, ID 83276

Dr David R Warden Jr & Mary Lou Warden
c/o Deanna Lasker, Attorney at Law
P.O. Box 37
Kaysville, UT 84037

Lisa Winter
4776 N. Tattenham Way
Boise, ID 83713

American Pension Services Inc.
Administrator for
Russel Paul Allen #10106
4168 W. 12600 S., Suite 300
Riverton, UT 84096

Tori Howe
P.O. Box 216
Riverside, UT 84334

Katherine Laws
1024 West 200 North
West Bountiful, UT 84087

Matthew Hutchinson
4268 Jacks Circle
West Valley City, UT 84120

Beverly Ann Buckway-Rosales
791 San Simean Way
Bountiful, UT 84010

Craig Steel
5806 Hill Stone Drive
South Jordan, UT 84095

Kaycie Deem
732 E. 600 S.
Brigham UT 84302

C. Lorenzo Pope
3515 Bell Estates Drive
Chico, CA  95973

Gloria J Childs
6857 West 1400 South
Cedar City, UT 84720

Victoria B Elizondo
996 Oxford Dr.
Ogden, UT 84403

Kent & Jean Jensen
543 North 100 West
Brigham City, UT 84302

Kerry & Shelly McCloud
418 South 1400 East
Fruit Heights, UT 84037

Dee or Faith Stapley
735 E. Apache Dr.
Washington, UT 84780

Robert L. Minster
1476 East 6650 South
Ogden, UT 84405

David & Pamela Muirbrook
268 Cobble Creek Road
Farmington UT 84025

Konel Banner
638 West 4275 South
Riverdale, UT 84405

Paul & Mary Ann Dolinar
541 North Canyon View Lane
Pleasant Grove, UT 84062

Mark & MaryAnn Jorgensen
345 East 9500 South
Paradise, UT 84328

Carolyn S. Stevens
P.O. Box 61
Kaysville, UT 84037

Cal & Sharon Hoskins
8122 Hidden Springs Cove
Sandy, UT 84094

Jude Anker
7722 Silver Creek Rd.
Park City, UT 84098

Calvin G. Osborn Revocable Trust
c/o Scott L. Osborne
10156 S. Chattel Cir.
Riverton, UT 84095

Bryce Osborne
c/o Scott L. Osborne
10156 S. Chattel Cir.
Riverton, UT 84095

American Pension Services
Custodian Gordon V. Christiansen, IRA
5316 S. 750 E.
Ogden, UT 84405

Catherine Stites
605 West 1240 South
Payson, UT 84651

Earl J. Law
959 Old Ferry Rd.
Weiser, ID 83672

William Bacon
3853 North 370 West
Provo, UT 84604

George Prawitt
148 East 3100 North
North Ogden, UT 84414

Jack David Hatch Revocable Trust
273 Eagle Ridge Drive
Valparaiso, IN  46385-8791

Garth Gibson
4404 South 4300 West
West Haven, UT 84401

William P Barnes
5881 Sierra Drive
Mountain Green, UT 84050

Bret E. Frodsham
1174 S. 800 E.
Kaysville, UT 84037

Leland R. Thompson
687 East 100 North
P.O. Box 816
Ephraim, UT 84627-0816

Carl Boyington
5737 South 900 East
Ogden, UT 84405

Richard & Peggy Seare
1071 West Tithing Ridge Drive
Riverton, UT 84065

Ramona Cutri
2950 Apache Way
Provo, UT 84604

Greg Miner
310 Alpha Place
Roseau, MN 56751

Thom Wright, Successor Trustee of The
Wright Family
740 S. Mill Rd.
Heber City, UT 84032-4418

Brinley Family Trust
13514 Missarah Lane
Cypress, TX 77429

Kyle Peterson
1450 East Liberty Lane
Heber City, UT 84032

Maxine PenningJack
c/o Debra PenningJack/Emmett R. Duncan
P.O. Box 445
Fort Duchesne, UT 84026

Larry Trone
c/o Millennium Trust Co. LLC Custodian
2001 Spring Road, Ste. 700
Oak Brook, IL 60523

T. Andy Johnson
c/o Millennium Trust Co. LLC Custodian
2001 Spring Road, Ste. 700
Oak Brook, IL 60523

Alan & Bonnie Hohl
c/o Millennium Trust Co. LLC Custodian
2001 Spring Road, Ste. 700
Oak Brook, IL 60523

David Wuellner
c/o Millennium Trust Co. LLC Custodian
2001 Spring Road, Ste. 700
Oak Brook, IL 60523

Cowan Corbin
18316 Autumn Sage Dr.
Edmond, OK  73012

Jason & Kari Rich
6736 West Center
Petersboro, UT  84325

Robert Clark
3753 Adams Avenue
South Ogden, UT  84403

Nadine Whitfield
c/o Brenda L. Flanders
Lewis Hansen Waldo Belshe & Flanders
8 East Broadway, Suite 410
Salt Lake City, UT  84111