**DEBTOR:** Dee Allen Randall                **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** 10-37546

**FOR QUARTER ENDED:** 9/30/2018 (1)

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

| | | |
|---|---|---|
| 1. CASH BALANCE, BEGINNING OF QUARTER | $ | 1,025,234 |
| 2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES | | 2,724 |
| 3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS | ( | 38,784 ) |
| 4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT | $ | 989,175 |

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---|---|
| 1. ADMINISTRATIVE EXPENSES | | | |
| Plan Trustee Compensation | $ 1,620 | $ 120,598 | $ |
| Plan Trustee Expense | - | 8,810 | |
| Attorney Fees - Trustee | 6,838 | 1,266,960 | |
| Attorney Fees - Debtor | - | - | |
| Other Professionals | 5,573 | 660,352 | |
| Other Administrative Expenses | 24,753 | 75,844 | |
| TOTAL ADMINISTRATIVE EXPENSES | $ 38,784 | $ 2,132,563 | $ |
| 2. SECURED CREDITORS | $ - | $ 237,233 | $ |
| 3. PRIORITY CREDITORS | $ - | $ 312,570 | $ |
| 4. UNSECURED CREDITORS | $ - | $ 3,534,431 * | $ |
| 5. EQUITY SECURITY HOLDERS | $ - | $ - | $ |
| 6. Loan to Private Action Trust | $ - | $ 185,000 | $ |
| TOTAL PLAN PAYMENTS | $ 38,784 | $ 6,401,797 | $ |

* An additional $900,000 was distributed to members of the Randall Private Actions Trust, which include most of the same unsecured creditors.

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ 650.00 | 10/15/2018 | 10617 |

**PLAN STATUS:**                                                                                 Yes  No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)    [x]
2. Are all post-confirmation obligations current? (If no, attach explanation.)                            [x]
3. Projected date of application for final decree:  _____

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary

[Signature] Trustee
Reorganized Debtor

By: Gil A. Miller
Trustee
Title

Email & Phone: gmiller@rockymountainadvisory.com, 801.428.1600

Form 3
Rev. 6/1/2006

## POST CONFIRMATION FINANCIAL QUARTERLY REPORT

**DEBTOR:** Dee Allen Randall      **FOR QUARTER ENDED:** 9/30/2018

**CH. 11 CASE NO:** 10-37546

### NOTES

(1) The Debtors filed its Final Chapter 11 Monthly Financial Report for the month of October 2013. On November 27, 2013, the Confirmed Plan became effective. This report includes activity from April 1, 2018 through June 30, 2018. The format for this Post Confirmation Financial Quarterly Report was obtained from the United States Trustee's Office.

(2) The First Interim Distribution to unsecured creditors (investors) was approved on 7/15/15 and checks were issued on 8/5/15. In this interim distribution, $1,250,000 was distributed from the Consolidated Estate and $900,000 was distributed from the Private Actions Trust.

(3) On 2/6/17, $312,570 was paid to United States Treasury in full settlement of Internal Revenue Service claims.

(4) In January 2018, a distribution was made to certain investors that invested after June 1, 2009, pursuant to the court's order in the criminal matter, *Utah v. Dee Allen Randall*. The $31,000 distribution came from funds paid by Dee Randall into a trust account the District court established for restitution.

(5) In May 2018, a Second Interim Distribution to unsecured creditors (investors) was approved and checks were issued on May 28, 2018. In this interim distribution, $2,250,000 was distributed from the Consolidated Estate, bringing the Rising Tide recovery to investors to 30.17% of their claim amounts.